B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of Illinois

In re  **FasTech Services, Inc., a Nevada corporation**　　　　　　　Case No.  **10-81323**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the Chief Executive Officer and President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**110**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 16, 2010**　　　　　　　　　　Signature  **/s/ Frank Bonadio**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Frank Bonadio**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Chief Executive Officer and President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.