UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| In re: | ) Chapter 11 |
|---|---|
| | ) |
| **FASTECH SERVICES, INC.,** | ) Case No. 10-81323 |
| a Nevada corporation, | ) |
| | ) Honorable Thomas L. Perkins |
| Debtor. | ) |

## SCHEDULE OF SALARIES

| **OFFICER** | **POSITION** | **SALARY** |
|---|---|---|
| Frank Bonadio | CEO and President | $150,000.00 |
| Phillip Heinz | CFO and Executive VP | $ 12,000.00 |
| Jerry Harlow | Vice President | Hourly per CBA |
| Ray Pickford | Vice President | Hourly per CBA |

Notes: Most of Mr. Heinz' compensation is paid by an affiliated corporation, T.A. Brinkoetter & Sons, Inc. Pursuant to the applicable collective bargaining agreements, the Debtor's trade licenses must be held by a member of the union, who must also be an officer of the employer. Because none of the Debtor's senior management is a member of the applicable union, Messrs. Harlow and Pickford, members of the applicable unions, hold the Debtor's trade licenses and are officers of the corporation. Their compensation is based upon their actual hours worked and the applicable wage scales set forth in the collective bargaining agreements.

**FASTECH SERVICES, INC.**

By: /s/ Charles S. Stahl, Jr.
One of its proposed attorneys

Charles S. Stahl, Jr. (Attorney I.D. No. 02699915)
Ross W. Bartolotta (Attorney I.D. No. 6224433)
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6990
Fax: (630) 799-6901