Company Wide Bank Accounts Reconciliations

| Company Name | Bank Name | Account Number | Balance |
|---|---|---|---|
| Alternatech | South Side Bank - Checking | 86343 | $ 288.85 |
| | First Federal - Checking | 2186454 | $ - |
| | JPMorgan Chase Bank - Checking | 805163912 | $ 3,635.73 |
| | JPMorgan Chase Bank - Savings | 2908892975 | $ 1,307.98 |
| | JP Morgan Chase Bank - FasTech | 856563051 | $ 50.00 |
| | Central Bank - Checking | 7242076 | $ 442.00 |
| | Valley Bank - Checking | 2336824 | $ - |
| | | | |
| Art & Print | First Federal - Checking | 2186427 | $ (477.91) |
| | South Side Bank - Checking | 10115697 | |
| | JP Morgan Chase Bank - FasTech | 805164423 | $ 50.00 |
| | Central Bank - Checking | 7242423 | $ 442.00 |
| | Valley Bank - Checking | 2336790 | $ 3,304.77 |
| | | | |
| Associated Mechanical | Morton Bank - Checking | 180002065 | $ 496.44 |
| | Morton Bank - Sweep | 5100159 | $ - |
| | First Federal - Checking | 2186481 | $ (201.77) |
| | Associated Bank - Checking | 2263114999 | $ (2,363.50) |
| | Associated Bank - Sweep | 2263115004 | $ 7.90 |
| | JP Morgan Chase Bank - FasTech | 856563069 | $ 50.00 |
| | Central Bank - Checking | 7242068 | $ 442.00 |
| | Valley Bank - Checking | 2336816 | $ - |
| | | | |
| RJ Power | Bank of Springfield - Checking | 3117928 | $ 8,890.57 |
| | Bank of Springfield - Money Market | 3906930 | $ - |
| | First Federal - Checking | 2186400 | |
| | JP Morgan Chase Bank - FasTech | 805164431 | $ 50.00 |
| | JP Morgan Chase Bank - Checking | 212037785 | $ 2,597.15 |
| | Associated Bank - Checking | 2263115137 | $ (2,477.82) |
| | Central Bank - Checking | 7242050 | $ 442.00 |
| | Valley Bank - Checking | 2336808 | $ 267.20 |
| | | | |
| Swank Enterprises | South Side Bank - Checking | 10111847 | $ 790.60 |
| | | | |
| ESDD | First Federal - Checking | 2191557 | $ 2,820.93 |
| | | | |
| FasTech Services | JP Morgan Chase Bank | 805164449 | $ 4,804.29 |
| | Central Bank - Checking | 7242415 | $ 20,670.35 |
| | Valley Bank - Checking | 2336782 | $ - |
| | | | |
| Twin City Controls | National City | 987693086 | $ 5,548.27 |

EXHIBIT A