| Year | Make | Model | Description | Serial # |
|---|---|---|---|---|
| 1994 | Ford | | Cargo Van | 3541 |
| 1971 | Pacemaker | | Trailer | 0061 |
| 1968 | Trailmobile | | Trailer | 1986 |
| 1978 | Fruehauf | | Trailer | 8010 |
| 1971 | ACN | | Job Trailer | M5Y6 |
| 1972 | Fruehauf | | Trailer | 5802 |
| 1974 | Fruehauf | | Trailer | D532 |
| 1994 | Chevy | | Truck | 8154 |
| 1997 | Chevy | | Truck | 0361 |
| 1998 | Chevy | | Truck | 4350 |
| 1998 | Chevy | | Truck | 8764 |
| 1999 | Chevy | | Truck | 7862 |
| 1999 | G Van | | Van | 7639 |
| 1999 | Ford | | Cargo Van | 0139 |
| 1999 | Chevy | | Truck | 8973 |
| 1999 | Chevy | | Truck | 3284 |
| 2000 | Chevy | | Van | 2085 |
| 2000 | Chevy | 1500 | Truck | 9150 |
| 2000 | Chevy | | Truck | 6130 |
| 2001 | Chevy | 1500 | Truck | 8636 |
| 2002 | Buick | Rendezvous | Car | 1521 |
| 2002 | Chevy | 1500 | Truck | 7488 |
| 2004 | Chevy | Express | Van | 0498 |
| 2004 | Chevy | Silverado | Truck | 3416 |
| 2004 | Chevy | | Van | 2811 |
| 1999 | Chevy | Astro | Van | 6239 |
| 2007 | GMC | Envoy | SUV | 3180 |
| 2007 | Pontiac | Grand Prix | Car | 3177 |
| 2007 | GMC | Savana | Van | 2461 |



EXHIBIT B

| Auto # | Make | Year | Model | Vin # |
|---|---|---|---|---|
| 1 | FORD | 1992 | ECONOLINE E250 CARGO VAN | 1FTHE24Y2NHA16421 |
| 2 | HOMEMADE | 2000 | TRAILER | T1184259035 |
| 3 | HOMEMADE | 1993 | TRAILER | TD114405 |
| 4 | FORD | 1994 | F150 PICKUP | 1FTDF15Y9RNB64268 |
| 5 | DODGE | 1997 | RAM VAN B2500 | 2B7HB21X6VK558333 |
| 6 | CHEVROLET | 1998 | C3500 PICKUP | 1GBJC34RXWF013094 |
| 7 | DODGE | 1997 | RAM VAN B2500 | 2B7HB21XXVK557282 |
| 8 | CHEVROLET | 1999 | C1500 SIVERADO PICKUP | 1GCEC14T3XE145697 |
| 9 | DODGE | 1996 | RAM 2500 PICKUP | 1B7KC26W9TS545310 |
| 10 | CHEVROLET | 1999 | C1500 SIVERADO PICKUP | 2GCEC19T4X1195860 |
| 11 | FORD | 1997 | F150 PICKUP | 1FTEF1766VKD58705 |
| 12 | FORD | 1999 | ECONOLINE E250 CARGO VAN | 1FTNE24L2XHB02693 |
| 13 | GMC | 1999 | SAVANA G2500 CARGO VAN | 1GTFG25M1X1069233 |
| 14 | GMC | 1999 | SAVANA G2500 CARGO VAN | 1GTFG25M7X1067244 |
| 15 | GMC | 1998 | SIERRA C1500 PICKUP | 1GTEC14WXWZ528361 |
| 16 | CHEVROLET | 2006 | C1500 SIVERADO PICKUP | 1GCEC14X06Z111646 |
| 17 | CHEVROLET | 2006 | EXPRESS G2500 CARGO VAN | 1GCGG25VX61115055 |
| 18 | CHEVROLET | 2006 | EXPRESS G2500 CARGO VAN | 1GCGG25V461122003 |
| 19 | CHEVROLET | 2006 | EXPRESS G2500 CARGO VAN | 1GCGG25VX61108347 |
| 20 | WABASH | 1996 | NATIONAL TRAILER | 1JJV452E4TL349687 |