# Equipment List

| Type | Make | Description |
|---|---|---|
| Server | IBM Tower | Phone Server |
| PC | HP Tower | Shipping PC |
| PC | Custom Tower | Mailer PC |
| Printer | HP 1022 | Mailer Printer |
| Server | Dell PowerEdge | Old Server |
| PC | Custom Tower | AL PC |
| Laptop | HP | Laptop For Phone Server |
| Phone | Intertel System | A&P Phone System |
| Fax | Brother MFC | fax for office |
| PC | IBM Tower | space accounting PC |
| Printer | HP 1020 | printer for spare pc |
| Printer | HP 5000 | network printer |
| PC | IBM Tower | Meri PC |
| Printer | HP 1020 | Meri printer |
| Laptop | HP E Series | Mark Laptop |
| Printer | Lexmark | Mark printer |
| PC | IBM Tower | Laura PC |
| Printer | HP 1012 | Laura printer |
| Copier | Savin 9955P | office copier |
| Fax | Brother Intellifax | office fax |
| Switch | 3com | 16 port switch |
| Fax | Brother MFC | spare |
| PC | IBM Tower | spare |
| Mac | Apple | G4 spare |
| Mac | Apple | G4 John |
| PC | IBM Tower | John PC |
| Server | Custom Tower | PlateMaker |
| Server | Gateway | Flatworker |
| Scanner | HP 8250 | John scanner |
| Server | HP Tower | RIP |
| Server | Custom Tower | RIP |
| Plotter | Epson 7600 | proofs |
| Plotter | Epson 7600 | proofs |
| Mac | Apple | scanner G3 |
| Mac | Apple | G4 spare |
| PC | Custom Tower | Brent PC |
| Printer | HP 8600 | Brent printer |
| PC | Custom Tower | Scott PC |
| Mac | Apple | Scott G4 |
| PC | Custom Tower | Frank PC |
| Printer | HP 1012 | Frank printer |

EXHIBIT C

| | | |
|---|---|---|
| Laptop | Compaq | Phil Laptop |
| Printer | HP p1006 | Phil printer |
| PC | Custom Tower | Matt PC |
| PC | Custom Tower | Brian PC |
| Mac | Apple | Brian Mac Mini |
| Printer | Epson 1160 | Matt printer |
| Printer | Xante | network printer |
| PC | Gateway | spare |
| Server | IBM Server | spare |
| Server | IBM Server | spare |
| Server | Dell PowerEdge | Web server |
| Server | IBM Server | auditor server |
| Server | Custom Tower | visual server |
| Server | Compaq | name server |
| Server | Compaq | Web server |
| Server | HP Proliant | timeclock |
| Server | Compaq | name server |
| KVM | Dell PowerEdge | spare |
| KVM | Avocent 3200 | main kvm |
| Switch | Adtran | spare router |
| Server | IBM Tower | firewall |
| Server | Custom Tower | filemaker |
| NAS | Jetstor | A&P NAS |
| Server | IBM Server | domain controller |
| Server | IBM Server | accounting server |
| Server | IBM Server | mail server |
| Switch | Netgear | 8 port |
| Switch | Adtran | 24 port |
| Switch | Dell | 24 port |
| PC | Compaq | spare |
| PC | Gateway | spare |
| Switch | Linksys | 24 port |
| Switch | Adtran | 24 port |
| Switch | Adtran | spare |
| KVM | Avocent 3200 | spare |
| Printer | hp 1022 | spare |
| Mac | Apple | spare |
| PC | Custom Tower | spare |
| Server | Custom Tower | spare |
| PC | dell mini | spare |
| Switch | Dell | 24 port |
| PC | Custom Tower | spare |
| PC | Custom Tower | Nathan PC |
| Printer | HP 1200 | Nathan printer |
| Scanner | Screen Cezanne | Large Format Scanner |

# Equipment List

| Type | Make | Description |
|---|---|---|
| Server | Custom Made Tower | Domain Controller RJP |
| Switch | HP 24 Port Switch | Office Backbone |
| Server | Compaq Mini Tower | Firewall |
| Wireless | Linksys Wireless router | Wireless Router |
| Plotter | HP Plotter | Plan Plotter |
| Fax | HP Multifunction | Office Fax Machine |
| Printer | HP 2000 | Laser Printer |
| Printer | Dell Inkjet | Injet Printer |
| Printer | HP 1200 | Laser Printer |
| PC | Dell Tower | Reception PC |
| PC | Dell Tower | Plan PC |
| PC | Dell Tower | Manager PC |
| PC | Emachine Tower | Estimator PC |
| PC | Emachine Tower | Estimator PC |
| Laptop | HP e Series | Manager Laptop |
| Copier | Minolta | Office Copier |

# Equipment List

| Type | Make | Description |
| --- | --- | --- |
| Server | Custom Made Tower | Domain Controller for AMI |
| Server | Compaq Tower | Phone Server |
| Server | Compaq Mini Tower | Firewall |
| PC | IBM Tower | Estimation Machine |
| PC | IBM Tower | Estimation Machine |
| PC | IBM Tower | User PC |
| PC | Dell Tower | Shop PC |
| Fax | Brother Multifunction | Fax Machine |
| Printer | HP 1020 | Laser Printer |
| Switch | HP 24 Port Switch | Office Backbone |
| Plotter | Epson Plotter | Plan Plotter |
| Copier | Minolta | Copier |

# Equipment List

| Type | Make | Description |
|---|---|---|
| Laptop | Gateway | Old Laptop |
| Laptop | HP | Old Laptop |
| Laptop | Dell | Old Laptop |
| Mac | Apple | Brent G4 |
| Mac | Apple | Wendy G4 |
| Server | Dell | Flood Server |
| PC | Gateway | Old Accounting PC |
| Projector | Infocus | Old Projector |
| Mac | Apple | Mark G4 |
| PC | Custom Tower | Old PC |
| PC | Compaq Mini Tower | Old PC |
| Printer | HP | Old inkjet |
| Server | HP | Flood Server |
| Fax | HP | laser fax machine |
| PC | Compaq Tower | Old PC |
| PC | Gateway | Old PC |
| PC | Gateway | Old PC |
| PC | Gateway | Old PC |
| PC | Dell | Old PC |
| Server | Compaq | Old Server |
| PC | Gateway | Old PC |
| Fax | Brother Multifunction | Brother Fax Machine |
| Phone | Prostar | Old Phone System |
| PC | Dell | Old PC |
| PC | Gateway | Old PC |
| PC | Custom Tower | Old PC |
| PC | Custom Tower | Old PC |
| Fax | HP Multifunction | HP Printer and Fax |
| Phone | Panasonic | Old Phone System |
| Switch | Linksys | 24 port switch |
| Switch | Adtran | 24 port switch |
| Switch | Adtran | 24 port switch |
| KVM | Multiview | 4 port KVM |
| Fax | Lexmark | Lexar Multifunction |
| PC | Dell | Dell Mini Tower |
| PC | Dell | Dell Mini Tower |
| PC | Dell | Dell Mini Tower |

## Tool & Equipment List

| Vendor | Inv. Date | Qty | Description | Amount | SN |
|---|---|---|---|---|---|
| Altorfer | 05/14/08 | 6 | RID56662 v-head pipe stand | $368.10 | |
| Altorfer | 06/26/08 | 1 | cst58-mp5 laser | $250.00 | 49381 |
| Altorfer | 07/02/08 | 6 | RID56662 v-head pipe stand | $396.00 | |
| Altorfer | 07/02/08 | 6 | RID64642 adj roller | $900.00 | |
| Altorfer | 07/03/08 | 2 | vic0384-2500 cutskill torch | $490.00 | |
| Altorfer | 07/03/08 | 1 | vic512-25 cart | $217.00 | |
| Altorfer | 07/07/08 | 1 | vic512-25 cart | $217.00 | |
| Altorfer | 07/10/08 | 2 | RID96502  535 Thread Machine | $10,050.00 | EBE107250508 |
| Altorfer | 07/10/08 | 2 | RID92467  200A Stand | $1,758.00 | |
| Altorfer | 07/10/08 | 2 | RID97075  815A Die Head | $810.00 | |
| Altorfer | 08/05/08 | 4 | ACEYDYLIN TWIN HOSE  100' HOSE | $240.00 | |
| Altorfer | 09/02/08 | 1 | 3500# CAT CUSH  id# CN1585 | $850.00 | AT81F20135 |
| Altorfer | 09/11/08 | 2 | WER6212  12' STEPLADDER | $390.00 | |
| Altorfer | 09/12/08 | 4 | WER6212  12' STEPLADDER | $780.00 | |
| Altorfer | 09/12/08 | 2 | WER6206   6' STEPLADDER | $179.90 | |
| Altorfer | 09/29/08 | 4 | RID64642  ADJ ROLLER S | $639.40 | |
| Altorfer | 10/10/08 | 2 | DAY4ZX45  3/4" CHAIN HOIST  N | $619.00 | |
| Altorfer | 10/22/08 | 1 | CNL420  9 1/2" PLIERS | $11.60 | |
| Altorfer | 10/22/08 | 2 | CNL810N  ADJ WRENCH-10" | $16.30 | |
| Altorfer | 10/22/08 | 2 | CNL812N  ADJ WRENCH-12" | $25.00 | |
| Altorfer | 10/22/08 | 1 | EMLEM81.24  24" MAGNETIC LEVEL | $23.55 | |
| Altorfer | 10/22/08 | 5 | EMLEM81.9  TORPEDO LEVEL | $10.00 | |
| Altorfer | 10/22/08 | 1 | EMLS81-9  TOREDO LEVEL | $5.65 | |
| Altorfer | 10/22/08 | 1 | EML1110  16" X 24" SQUARE | $6.25 | |
| Altorfer | 10/22/08 | 1 | MIT6232-6  DC BANDSAW W/CASE | $314.95 | |
| Altorfer | 11/03/08 | 2 | DAY4ZX45  3/4 T CHAIN HOIST  N | $619.00 | YC-V6482 |
| Altorfer | 11/03/08 | 5 | CNL420  9 1/2" PLIERS | $58.00 | |
| Altorfer | 11/03/08 | 3 | EMLEM81.24  24" MAGNETIC LEVEL | $70.65 | |
| Altorfer | 11/03/08 | 5 | KOM7125  25' MAGNETIC TAPE | $73.25 | |
| Altorfer | 11/10/08 | 1 | VIC512-25  CART | $230.00 | |
| Barnett | 12/23/08 | 1 | 821738 HO SWIVEL BRAZING TORCH | $38.64 | |
| Barnett | 01/22/09 | 12 | 811450 HOLE SAW 1-1/4 HOLE DIA | $64.68 | |
| Barnett | 01/23/09 | 8 | 811424 MILWAUKEE ARBOR W/PILOT 7/16 | $124.80 | |
| Barnett | 02/27/09 | 2 | 813140 RIDGID TUBE CUTTER #151 | $112.46 | |
| Barnett | 02/27/09 | 1 | 813145 RIDGID TUBE CUTTER #152 | $91.55 | |
| Barnett | 02/27/09 | 1 | 813145 RIDGID TUBE CUTTER #152 | $91.55 | |
| C&H Repair | 05/01/08 | 1 | Milwaukee 48-60-5120 662911173275 GRINDER 6" w/Quick | $203.31 | 8020049072 |
| C&H Repair | 05/01/08 | 1 | 888888000036 Tool Box | $365.21 | |
| C&H Repair | 05/01/08 | 1 | 012345002048 Knaack Tool Box | $349.25 | |
| C&H Repair | 05/01/08 | 2 | 045242150373 Caster set/4pc Milw | $288.00 | |
| C&H Repair | 05/01/08 | 1 | 662911171691 Die Grinder | $299.00 | 7060032037 |
| Fastenal | 12/19/07 | 1 | CFT 9-34802 20-PC 3/8" DRIVE SOCKET WRENCH SET | $67.14 | |
| Fastenal | 05/14/08 | 2 | 1 TON 6mm CHAIN 20' LIFT w/OVERLOAD HAND HOIST | $692.62 | |
| Fastenal | 05/29/08 | 2 | 460 RIGID TRI STAND | $1,227.98 | |

| Vendor | Date | Qty | Description | Price | |
|---|---|---|---|---|---|
| Fastenal | 05/29/08 | 1 | 16 GAL 6.0HP WET/DRY VAC | $123.62 | |
| Fastenal | 05/30/08 | 1 | 10' LOUISVILLE FIBERGLASS TYPE 1A ADVENT STEP LADDER | $213.45 | |
| Fastenal | 06/04/08 | 1 | 8' LOUISVILLE FIBERGLASS TYPE 1A ADVENT STEP LADDER | $134.76 | |
| Fastenal | 06/04/08 | 1 | TYPE IA FG ADVSTEP 8' | $134.76 | |
| Fastenal | 06/11/08 | 1 | DW368K 15A 2200W 7-1/4" 5800RPM HD CIRCULAR SAW KIT | $144.99 | |
| Fastenal | 06/12/08 | 1 | 1/8" - 6" PIPE 47LB CHAIN VICE FOR PORTABLE TRISTAND | $613.99 | |
| Fastenal | 06/17/08 | 1 | CFT 9-38464 12oz Hickory Handle Ball Pein Hammer | $19.26 | |
| Fastenal | 06/17/08 | 2 | DC920KA 18V XPT T-Handle Drill/Driver Kit | $579.97 | |
| Fastenal | 06/17/08 | 1 | D28770K 6A 44-7/8X1/2X0.02BLADE 5.3h HD VAR SPEED BAND SAW KIT | $319.99 | |
| Fastenal | 06/17/08 | 2 | DC920KA 18V XRP T-HANDLE DRILL/DRIVER KIT | $579.97 | |
| Fastenal | 06/17/08 | 1 | KNAACK #89 60"X30"X49" STORAGEMASTER CHEST | $740.69 | |
| Fastenal | 06/20/08 | 1 | 1WHL 6 CU.FT STL TRAY 60"L HARDWOOD HANDLE STL FRAME WHEELBARROW | $87.16 | |
| Fastenal | 06/25/08 | 1 | 881-24 24" MAGNETIC HD LEVEL | $28.06 | |
| Fastenal | 07/02/08 | 1 | JOURNEYMAN'S HOLE SAW KIT | $110.64 | |
| Fastenal | 07/03/08 | 1 | 3/4" - 2-1/4" 30808-600P 10PC PLUMBER STANDARD HOLE SAW KIT | $103.12 | |
| Fastenal | 07/08/08 | 1 | 24" 2 Speed 1/4 HP Pedestal Mounted Industrial Circulator | $302.57 | |
| Fastenal | 07/11/08 | 1 | 39"L x 17"W x 33.5"H 500 LB CAPACITY STRUCTURAL FOAM 2 SHELF CART | $139.73 | |
| Fastenal | 07/16/08 | 1 | CFT 9-59212 HAND BOX STEEL 20X8-1/2XCFT 9-1/2 | $43.56 | |
| Fastenal | 07/22/08 | 1 | 6" LONG NOSE PLIER W/SIDE CUTTER | $7.19 | |
| Fastenal | 08/11/08 | 1 | HAND RIVET TOOL | $51.55 | |
| Fastenal | 08/12/08 | 1 | 6" ANGLE GRINDER/CUT-OFF MACH w/NON-LOCKING PADDLE SWITCH | $247.37 | |
| Fastenal | 08/13/08 | 2 | 3/8"-Drop In Anchor Concrete Setting Tools | $7.87 | |
| Fastenal | 08/13/08 | 2 | 5/8" -Drop In Anchor Concrete Setting Tools | $13.82 | |
| Fastenal | 08/13/08 | 2 | 1/2" Drop In Anchor Concrete Setting Tools | $11.14 | |
| Fastenal | 08/20/08 | 1 | ARM 1-1/8" Black Finish Structural Wrench | $32.10 | |
| Fastenal | 08/20/08 | 1 | ARM 7/8" Black Finish Structural Wrench | $26.58 | |
| Fastenal | 08/20/08 | 1 | KNAACK #90 72"X30"X49" STORAGEMASTER CHEST | $866.56 | |
| Fastenal | 08/20/08 | 1 | 30"Wx48"Lx9"H 2000LB AL DECK LIGHT WEIGHT PLATFORM TRUCK | $338.56 | |
| Fastenal | 08/21/08 | 1 | #00715 4 1/2"-8AMP-w/TOP SWITCH-QUICK ANGLE GRINDER | $129.99 | |
| Fastenal | 08/21/08 | 1 | 18pc 1/2" DRIVE 12PT STANDARD SOCKET SET | $78.56 | |
| Fastenal | 08/21/08 | 1 | CFT 9-47015 14pc 12PT MET COMBO WRENCH SET w/ROLL UP POUCH | $100.93 | |
| Fastenal | 08/21/08 | 2 | 8" PNEUMATIC WHEELS, 30x60 ANGLE FRAME PLATFORM TRUCK | $887.35 | |
| Fastenal | 08/26/08 | 4 | PROTECT-O-SCREEN 6'X8' OLIVE GREEN DUCK WELDING SCREEN | $613.87 | |
| Fastenal | 08/26/08 | 1 | #00715 4 1/2"-8 AMP w/TOP SWITCH-QUICK ANGLE GRINDER | $129.99 | |
| Fastenal | 09/09/08 | 2 | D28402 4-1/2" 10Amp Small Angle Grinder | $169.98 | |
| Fastenal | 09/09/08 | 4 | 420 9-1/2" 1-1/2" Capacity Tongue and Groove Plier | $63.47 | |
| Fastenal | 09/09/08 | 2 | 12" Adj Wrench | $42.44 | |
| Fastenal | 09/09/08 | 2 | #1110 16" x 24" Tradesman Square | $13.33 | |
| Fastenal | 09/09/08 | 1 | M3R 9-3/4" St Left&RgtCut Jaw Yel Hndl CmpdAction Snip | $21.29 | |
| Fastenal | 09/11/08 | 1 | 4lb 12"L Unbreakable Handle Steel Head Sledge Hammer | $36.88 | |
| Fastenal | 09/12/08 | 1 | #151 Tube Cutter for Aluminum and Copper | $55.93 | |
| Fastenal | 09/17/08 | 4 | #120 8' S/S Polysteel Tri-Square | $29.60 | |
| Fastenal | 09/18/08 | 1 | 4lb 12" L Unbreakable Handle Steel Head Sledge Hammer | $36.88 | |
| Fastenal | 10/31/08 | 1 | SAMMY #14 Nut Driver | $15.28 | |
| Fastenal | 11/04/08 | 1 | 3-5/8" Dia x 4.5/5.5 TPI x 1-1/2" Deep Bi-Metal Hole Saw | $20.91 | |
| Fastenal | 11/12/08 | 2 | Straight Chipping Hammer | $17.14 | |
| Fastenal | 11/14/08 | 6 | 12" Half Rnd Bastard Sgl/Dbl Cut Amer. Pattern File | $121.12 | |

| | | | | | |
|---|---|---|---|---|---|
| Fastenal | 11/21/08 | 1 | CFT 9-44996 1/2" Drive F.O.D. Ratchet | $49.41 | |
| Fastenal | 03/02/09 | 2 | FNL 2-3/4" Hole Saw | $30.09 | |
| Fastenal | 03/02/09 | 2 | FNL 1-1/2" Hole Saw | $19.38 | |
| Fastenal | 03/02/09 | 2 | FNL 1-1/4" Hole Saw | $17.17 | |
| Fastenal | 03/05/09 | 1 | CFT 9-44809 10-3/8" Qk Release 1/2" Drive Rachet | $23.39 | |
| Fastenal | 03/09/09 | 1 | 24" Aluminum Alloy Pipe Wrench | $73.44 | |
| Fastenal | 03/11/09 | 2 | 32oz 16" OAL Hickory Handle JONNESWAY Ball Pein Hammer | $33.11 | |
| Fastenal | 03/11/09 | 1 | 24" Aluminum Alloy Pipe Wrench | $73.44 | |
| Fastenal | 03/12/09 | 1 | CFT 9-44809 10-3/8" Qk Release 1/2" Drive Rachet | $29.89 | |
| Fastenal | 03/13/09 | 1 | 5/8" Dia x 8" Fl x 13 OAL SDS Max Carb Tip Hammer Drill | $39.10 | |
| Fastenal | 03/19/09 | 2 | 1" Bulldog Extreme SDS-plus Rotary Hammer-D-Handle | $479.98 | |
| Fastenal | 03/26/09 | 1 | CFT 9-44809 10-3/8" Qk Release 1/2" Drive Rachet | $29.89 | |
| Fastenal | 04/14/09 | 2 | 14" x2" Pipe Cast Iron Heavy Duty Straight Pipe Wrench | $71.12 | |
| Fastenal | 04/14/09 | 2 | #151 Tube Cutter for Aluminum and Copper | $111.85 | |
| Fastenal | 04/14/09 | 2 | 1-7/8"  14-7/8"-15-3/8" OAL Steek Adj Angle Wrench | $85.41 | |
| Fastenal | 04/30/09 | 1 | Hook Jaw for E-24 Wrench | $45.93 | |
| Fastenal | 07/25/09 | 1 | KNAACK #90 72"X30"X49" STORAGEMASTER CHEST | $866.56 | |
| Hagerty Indust | 04/09/08 | 1 | STABILA 38648 LEVEL 48" TYPE96M MAGNETIC HIGH STRENGTH | $101.00 | |
| Hagerty Indust | 04/24/08 | 1 | STABELA 29248 LEVEL 48" TYPE 80A-2M MAG | $66.54 | |
| Hagerty Indust | 04/24/08 | 2 | STABILA 38624 LEVEL 24" TYPE 96M MAGNETIC HIGH-STRENGTH | $162.52 | |
| Hagerty Indust | 04/24/08 | 1 | BOSCH 1810PS GRINDER 4-1/2 ANGLE ANTI-VIBRATION 8 AMP | $89.21 | |
| Hagerty Indust | 04/28/08 | 4 | STANLEY 45-500 SQUARE 24" FLAT CARPENTERS | $21.20 | |
| Hagerty Indust | 04/28/08 | 1 | STABILA 29048 LEVEL 48" STARTING POINT | $61.90 | |
| Hagerty Indust | 04/28/08 | 1 | LENOX 23824 WRN 24 PIPE HD ALUM 24ALPW | $69.84 | |
| Hagerty Indust | 04/28/08 | 1 | LENOX 23823 WRN 18 PIPE HD ALUM 18ALPW | $50.54 | |
| Hagerty Indust | 04/28/08 | 2 | LENOX  23822 WRN 14 PIPE HD ALUM 14ALPW | $72.52 | |
| Hagerty Indust | 04/28/08 | 2 | MIL 6148-6 SANDER/GRINDER  4-1/2  8.5AMP MAGNUM | $151.89 | |
| Hagerty Indust | 04/28/08 | 1 | STABILA 29248 LEVEL 48" TYPE 80A-2M MAG | $66.54 | |
| Hagerty Indust | 05/01/08 | 1 | LENOZ 21190 LEVEL 9" TORPEDO LV9T | $25.93 | |
| Hagerty Indust | 05/06/08 | 3 | DEWALT DC920 KA DRILL/DRIVER 18V XRP | $747.43 | |
| Hagerty Indust | 05/06/08 | 1 | CRESCENT AC16 WRN 6 ADJ CHROME | $22.40 | |
| Hagerty Indust | 05/06/08 | 2 | CRESCENT AC16 WRN 6 ADJ CHROME TAP HDL | $76.19 | |
| Hagerty Indust | 05/06/08 | 2 | BOSCH 11224VSR HAMMER ROTARY 7/8"  SDS-PLUS D HDL BULLDOG | $399.90 | |
| Hagerty Indust | 05/06/08 | 1 | MIL BANDSAW 2SP D CT W/CASE | $609.10 | |
| Hagerty Indust | 05/06/08 | 2 | LENOX 80114 PK  PORTABAND 44-7/8X1/2X10-1  38EW10/14 | $51.17 | |
| Hagerty Indust | 05/06/08 | 1 | MIL 6148-6 SANDER/GRINDER  4-1/2  8.5AMP MAGNUM | $75.95 | |
| Hagerty Indust | 05/06/08 | 2 | DEWALT DC800KL WRN 1/2 IMPACT 36V | $997.65 | |
| Hagerty Indust | 05/06/08 | 1 | MIL 6238  BANDSAW 2SP D CT W/CASE | $304.55 | |
| Hagerty Indust | 05/06/08 | 2 | ARM 25-652 WRN SET COMB CHROME | $1,119.52 | |
| Hagerty Indust | 05/06/08 | 3 | DEWALT DC920 KA DRILL/DRIVER 18V XRP | $747.43 | |
| Hagerty Indust | 05/06/08 | 1 | CRAFTSMAN 9-1593 SKT SET 1/2DR 6PT 18PC | $71.29 | |
| Hagerty Indust | 05/06/08 | 1 | CRAFTSMAN 9-1501 SKT SET 3/8DR 6PT 28PC | $74.77 | |
| Hagerty Indust | 05/06/08 | 1 | ARM 12-048 SKT 1-1/2  1/2DR 6PT | $17.90 | |
| Hagerty Indust | 05/06/08 | 2 | CRESCENT AC16 WRN 6 ADJ CHROME | $22.40 | |
| Hagerty Indust | 05/06/08 | 2 | CRESCENT AC115 WRN 15 AD CHROME TAP HDL | $76.19 | |
| Hagerty Indust | 05/06/08 | 2 | BOSCH 11224VSR HAMMER ROTARY 7/8"  SDS-PLUS D HDL BULLDOG | $399.00 | |
| Hagerty Indust | 05/06/08 | 2 | MIL 6238 BANDSAW 2SP D CT W/CASE | $609.10 | |

| Hagerty Indust | 05/06/08 | 1 | MIL 6148-6 SANDER/GRINDER 4-1/2 8.5AMP MAGNUM | $75.95 | |
|---|---|---|---|---|---|
| Hagerty Indust | 05/06/08 | 2 | LENOX 80114 PK PORTABAND 44-7/8X1/2X10-1 38EW10/14 | $51.17 | |
| Hagerty Indust | 05/06/08 | 1 | CRAFTSMAN 9-15884 SKT SET 1/2DR 6PT *DISC* 12PC IMP DISC 6/1/06 | $68.04 | |
| Hagerty Indust | 05/12/08 | 1 | MIL 6238 BANDSAW 2SP D CT W/CASE | $304.55 | |
| Hagerty Indust | 05/13/08 | 1 | STANLEY 45-500 SQUARE 24" FLAT CARPENTERS | $21.20 | |
| Hagerty Indust | 05/13/08 | 1 | BOSCH 1215 GRINDER DIE 27000RPM 4.6AMP | $246.55 | |
| Hagerty Indust | 05/14/08 | 1 | LENOX 23824 WRN 24 PIPE HD ALUM 24ALPW | $69.84 | |
| Hagerty Indust | 05/14/08 | 1 | LENOX 23823 WRN 18 PIPE HD ALUM 18ALPW | $50.54 | |
| Hagerty Indust | 05/15/08 | 1 | BOSCH 1209 DIE GRINDER | $385.88 | |
| Hagerty Indust | 05/15/08 | 2 | DEWALT DC800KL WRN 1/2 IMPACT 36V | $997.65 | |
| Hagerty Indust | 05/16/08 | 2 | ARM 25-652 WRN SET COMB CHROME | $1,119.52 | |
| Hagerty Indust | 05/16/08 | 1 | COMPRESSOR 121H4PNA 2HP 4.3 GAL TWIN TANK | $216.36 | |
| Hagerty Indust | 05/19/08 | 1 | DEWALT DC410KA CUT-OFF TOOL 18V CORDLESS | $245.82 | |
| Hagerty Indust | 05/19/08 | 12 | NICHOLSON 05094N FILE 12 HALF RD BAST | $165.31 | |
| Hagerty Indust | 05/19/08 | 1 | MIL 6536-21 SAWZALL SUPER 13 AMP KIT ORBITAL | $174.09 | |
| Hagerty Indust | 05/19/08 | 1 | CRAFTSMAN 9-1593 SKT SET 1/2DR 6PT 18PC | $66.53 | |
| Hagerty Indust | 05/19/08 | 1 | CRAFTSMAN 9-1408 SKT SET 1/4 DR 6PT 26PC | $46.44 | |
| Hagerty Indust | 05/19/08 | 1 | CRAFTSMAN 9-1501 SKT SET 3/8DR 6PT 28PC | $70.49 | |
| Hagerty Indust | 05/19/08 | 2 | MAHEW 10209 CHISEL 5/8X6-1/2 COLD | $8.95 | |
| Hagerty Indust | 05/19/08 | 3 | LUFKIN XL8525 TAPE 1-3/16X25' POWER RET 10' STANDOUT | $32.29 | |
| Hagerty Indust | 05/19/08 | 1 | MIL 6238 BANDSAW 2SP D CT W/CASE | $304.55 | |
| Hagerty Indust | 05/19/08 | 1 | MIL 6536-21 SAWZALL SUPER 13 AMP KIT ORBITAL CONSIST OF | $174.09 | |
| Hagerty Indust | 05/19/08 | 1 | MIL 5387-22 DRILL 1/2 HAMMER KIT 8.5AMP DUAL SPEED | $195.35 | |
| Hagerty Indust | 05/19/08 | 2 | HKEY SET 13PC | $44.23 | |
| Hagerty Indust | 05/19/08 | 1 | BOSCH 11240 ROTARY HAMMER 1-9/16 SDSMAX COMBINATION | $419.12 | |
| Hagerty Indust | 05/19/08 | 2 | LENOX 21011 TUBE CUTTER 1/8-1-3/8 TC13/8 | $68.30 | |
| Hagerty Indust | 05/19/08 | 2 | CRESCENT AC110 WRN 10 ADJ CHROME | $35.54 | |
| Hagerty Indust | 05/19/08 | 2 | CRESCENT AC112 WRN 12 ADJ CHROME | $49.49 | |
| Hagerty Indust | 05/19/08 | 2 | STABILA 25100 LEVEL 10" TORPEDO MAGNETIC | $57.37 | |
| Hagerty Indust | 05/19/08 | 1 | LENOX 23817 WRN 24 PIPE HD 24HDPW | $32.94 | |
| Hagerty Indust | 05/19/08 | 1 | LENOX 23816 WRN 18 PIPE HD 18HDPW | $23.23 | |
| Hagerty Indust | 05/19/08 | 2 | LENOX 23815 WRN 14 PIPE HD 14HDPW | $35.24 | |
| Hagerty Indust | 05/19/08 | 2 | LENOX 23813 WRN 10 PIPE HD 10HDPW | $26.97 | |
| Hagerty Indust | 05/19/08 | 2 | DEWALT DC920KA DRILL/DRIVER 18V XRP | $498.29 | |
| Hagerty Indust | 05/19/08 | 1 | DEWALT DC410KA CUT-OFF TOOL 18V CORDLESS | $245.82 | |
| Hagerty Indust | 05/21/08 | 2 | V-B 15530 HAMMER BP 16OZ TC016 HICKORY HANDLE | $21.57 | |
| Hagerty Indust | 05/21/08 | 2 | V-B 15720 HAMMER BP 24OZ #5224 HICKORY HANDLE | $28.86 | |
| Hagerty Indust | 05/21/08 | 2 | STANLEY 46-222 SQUARE 12" COMBINATION | $15.67 | |
| Hagerty Indust | 05/21/08 | 2 | STANLEY 45-500 SQUARE 24" FLAT CARPENTERS | $11.21 | |
| Hagerty Indust | 05/21/08 | 3 | CRAFTSMAN 9-1166 SCRDR SET 19PC | $105.44 | |
| Hagerty Indust | 05/22/08 | 2 | CRESCENT AC112 WRN 12 ADJ CHROME | $49.49 | |
| Hagerty Indust | 05/22/08 | 4 | MIL 6148-6 SANDER/GRINDER 4-1/2 8.5AMP MAGNUM | $303.79 | |
| Hagerty Indust | 05/22/08 | 2 | V-B 15720 HAMMER BP 46-222 SQUARE 12" COMBINATION | $28.84 | |
| Hagerty Indust | 05/22/08 | 2 | STANLEY 46-222 SQUARE 12" COMBINATION | $15.67 | |
| Hagerty Indust | 05/22/08 | 1 | HKEY SET 13PC BE STD W/CS HEX KEY SET .050-3/8 9-46754 | $22.12 | |
| Hagerty Indust | 05/22/08 | 2 | MAYHEW 84209 CHISEL 5/8 COLD #50 | $8.71 | |
| Hagerty Indust | 05/22/08 | 2 | CRESCENT AC112 WRN 12 ADJ CHROME | $49.49 | |

| | | | | | |
|---|---|---|---|---|---|
| Hagerty Indust | 05/22/08 | 4 | MIL 6148-6 SANDER/GRINDER 4-1/2 8.5AMP MAGNUM | $303.79 | |
| Hagerty Indust | 05/22/08 | 1 | HKEY SET 13PC BE STD W/CS HEX KEY SET .050-3/8 9-46754 | $22.12 | |
| Hagerty Indust | 05/22/08 | 1 | STABILA 29024 LEVEL 24" STARTING POINT | $38.59 | |
| Hagerty Indust | 05/22/08 | 1 | MIL 6238 BANDSAW 2SP D CT W/CASE | $304.55 | |
| Hagerty Indust | 05/23/08 | 1 | BOSCH 1209 DIE GRINDER | $385.88 | |
| Hagerty Indust | 05/23/08 | 2 | V-B 15720 HAMMER BP 24OZ #S224 HICKORY HANDLE | $28.84 | |
| Hagerty Indust | 05/23/08 | 2 | STANLEY 46-222 SQUARE 12" COMBINATION | $15.67 | |
| Hagerty Indust | 05/27/08 | 1 | STABILA 29024 LEVEL 24" STARTING POINT | $38.58 | |
| Hagerty Indust | 05/27/08 | 2 | CRAFTSMAN 9-1166 SCRDR SET 19PC | $70.28 | |
| Hagerty Indust | 05/27/08 | 2 | V-B 15720 HAMMER BP 24OZ #S224 HICKORY HANDLE | $28.84 | |
| Hagerty Indust | 05/27/08 | 2 | STABILA 25100 LEVEL 10" TORPEDO MAGNETIC | $57.36 | |
| Hagerty Indust | 05/27/08 | 2 | V-B 15530 HAMMER BP 16OZ TC016 HICKORY HANDLE | $28.84 | |
| Hagerty Indust | 05/27/08 | 1 | STABILA 29024 LEVEL 24" STARTING POINT | $38.58 | |
| Hagerty Indust | 05/27/08 | 2 | BOSCH 1209 DIE GRINDER | $771.76 | |
| Hagerty Indust | 05/27/08 | 2 | CHANNELLOCK 420 PLIER GROOVE JNT 9-1/2 PLASTIC HANDLES | $28.84 | |
| Hagerty Indust | 05/27/08 | 1 | LOULAD FS1512 LADDER 12' STEP LADDER | $222.28 | |
| Hagerty Indust | 05/29/08 | 1 | STABILA 29024 LEVEL 24" STARTING POINT | $38.58 | |
| Hagerty Indust | 05/29/08 | 2 | CRAFTSMAN 9-1166 SCRDR SET 19PC | $70.28 | |
| Hagerty Indust | 05/29/08 | 2 | V-B 15720 HAMMER BP 24OZ #S224 HICKORY HANDLE | $28.84 | |
| Hagerty Indust | 05/29/08 | 2 | STABILA 25100 LEVEL 10" TORPEDO MAGNETIC | $57.36 | |
| Hagerty Indust | 05/31/08 | 2 | MIL 6238 BANDSAW 2SP D CT W/CASE | $609.11 | |
| Hagerty Indust | 05/31/08 | 2 | LENOX 80112 PK PORTABAND 44-7/8X2X14-1 | $49.60 | |
| Hagerty Indust | 05/31/08 | 2 | MIL 6536-21 SAWZALL SUPER 13 AMP KIT ORBITAL CONSIST OF | $348.18 | |
| Hagerty Indust | 05/31/08 | 2 | MIL 0819-21 SAWZALL KIT 18V INCL BATT, CHGR | $550.59 | |
| Hagerty Indust | 05/31/08 | 2 | DEWALT DC920KA DRILL/DRIVER 18V XRP | $498.29 | |
| Hagerty Indust | 05/31/08 | 1 | CRAFTSMAN 9-1592 SKT SET 1/2DR 6PT 31PC | $134.58 | |
| Hagerty Indust | 05/31/08 | 1 | CRAFTSMAN 9-1501 SKT SET 3/8DR 6PT 28PC | $75.91 | |
| Hagerty Indust | 05/31/08 | 4 | CHANNELLOCK 440 PLIER GROOVE JNT 12 PLASTIC HANDLES | $49.31 | |
| Hagerty Indust | 05/31/08 | 3 | V-B 15720 HAMMER BP 24OZ #S224 HICKORY HANDLE | $43.29 | |
| Hagerty Indust | 05/31/08 | 1 | CRAFTSMAN 9-1166 SCRDR SET 19PC | $37.66 | |
| Hagerty Indust | 05/31/08 | 1 | MIL 5359-21 1 1/8 ROTARY HAMMER 120AC 7.4AMP | $371.62 | |
| Hagerty Indust | 05/31/08 | 1 | STABILA 29048 LEVEL 48" STARTING POINT | $61.90 | |
| Hagerty Indust | 05/31/08 | 2 | LENOX 20178 PK SAWZALL 9X1X.042X14T LAZE 9114R 5/PKG | $53.76 | |
| Hagerty Indust | 05/31/08 | 2 | LENOX 20174 PK SAWZALL 9X1X.042X18T LAZE 6118R 5/PKG | $32.86 | |
| Hagerty Indust | 06/03/08 | 1 | HKEY SET 13PC BE STD W/CS HEX KEY SET .050-3/8 9-46754 | $22.12 | |
| Hagerty Indust | 06/03/08 | 1 | V-B 15720 HAMMER BP 24OZ #S224 HICKORY HANDLE | $14.43 | |
| Hagerty Indust | 06/03/08 | 3 | LENOX 23816 WRN 18 PIPE HD 18HDPW | $69.68 | |
| Hagerty Indust | 06/03/08 | 2 | LENOX 23815 WRN 14 PIPE HD 14HDPW | $35.24 | |
| Hagerty Indust | 06/03/08 | 2 | LENOX 23813 WRN 10 PIPE HD 10HDPW | $26.97 | |
| Hagerty Indust | 06/03/08 | 2 | CRAFTSMAN 9-1606 WRN SET COMB 12PT 15PC | $242.23 | |
| Hagerty Indust | 06/03/08 | 1 | LOULAD FS1510 LADDER 10' STEP 1A FIBER | $151.94 | |
| Hagerty Indust | 06/04/08 | 2 | CHANNELLOCK 420 PLIER GROOVE JNT 9-1/2 PLASTIC HANDLES | $22.09 | |
| Hagerty Indust | 06/04/08 | 2 | CHANNELLOCK 420 PLIER GROOVE JNT 9-1/2 PLASTIC HANDLES | $28.84 | |
| Hagerty Indust | 06/04/08 | 1 | STABILA 29024 LEVEL 24" STARTING POINT | $38.58 | |
| Hagerty Indust | 06/04/08 | 1 | STABILA 29024 LEVEL 24" STARTING POINT | $40.24 | |
| Hagerty Indust | 06/04/08 | 2 | STABILA 25100 LEVEL 10" TORPEDO MAGNETIC | $59.83 | |
| Hagerty Indust | 06/04/08 | 1 | HKEY SET 13PC BE STD W/CS HEX KEY SET .050-3/8 9-46754 | $24.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Hagerty Indust | 06/04/08 | 2 | BOSCH 1209 DIE GRINDER | $771.76 | |
| Hagerty Indust | 06/09/08 | 2 | V-B 15530 HAMMER BP 16OZ TC016 HICKORY HANDLE | $28.84 | |
| Hagerty Indust | 06/09/08 | 1 | STABILA 29024 LEVEL 24" STARTING POINT | $40.24 | |
| Hagerty Indust | 06/09/08 | 2 | STABILA 25100 LEVEL 10" TORPEDO MAGNETIC | $59.83 | |
| Hagerty Indust | 06/09/08 | 3 | CRAFTSMAN 9-1166 SCRDR SET 19PC | $112.97 | |
| Hagerty Indust | 06/10/08 | 1 | STABILA 29248 LEVEL 48" TYPE 80A-2M MAG | $72.21 | |
| Hagerty Indust | 06/10/08 | 1 | STABILA 29072 LEVEL 72" STARTING POINT | $77.42 | |
| Hagerty Indust | 06/10/08 | 1 | DREMEL 290-01 ENGRAVER 115V | $19.95 | |
| Hagerty Indust | 06/10/08 | 1 | RIDGID 72037 CHAIN VISE | $403.65 | |
| Hagerty Indust | 06/10/08 | 1 | STABILA 29248 LEVEL 48" TYPE 80A-2M MAG | $72.21 | |
| Hagerty Indust | 06/10/08 | 1 | STABILA 29072 LEVEL 72" STARTING POINT | $77.42 | |
| Hagerty Indust | 06/10/08 | 1 | DREMEL 290-01 ENGRAVER 115V | $19.95 | |
| Hagerty Indust | 06/13/08 | 1 | RIGID 72037 CHAIN VISE | $403.65 | |
| Hagerty Indust | 06/13/08 | 1 | ARM 78-060 CLAMP C 6-5/8 STD SCR XHD | $125.78 | |
| Hagerty Indust | 06/13/08 | 2 | ARM 78-306 CLAMP C 6 SQ THRT BLK | $89.22 | |
| Hagerty Indust | 06/13/08 | 1 | LUFKIN 626L WOOD RULE 6FT | $15.60 | |
| Hagerty Indust | 06/13/08 | 2 | LENOX 23820 WRN 10 PIPE HD ALUM 10ALPW | $46.61 | |
| Hagerty Indust | 06/13/08 | 1 | DEWALT DC925KA HAMMERDRILL/DRIVER 18V XRP | $262.57 | |
| Hagerty Indust | 06/13/08 | 1 | DEWALT D28402 GRINDER 4-1/2 SM ANGLE W/PADDLE | $90.61 | |
| Hagerty Indust | 06/16/08 | 2 | LUFKIN 626L WOOD RULE 6FT | $31.20 | |
| Hagerty Indust | 06/17/08 | 1 | JET 587836 BOLT CUTTER 36" HANDLE RED HEAD | $93.00 | |
| Hagerty Indust | 06/20/08 | 1 | LENOX 23824 WRN 24 PIPE HD ALUM 24ALPW | $71.99 | |
| Hagerty Indust | 06/20/08 | 1 | LENOX 23823 WRN 18 PIPE HD ALUM 18ALPW | $46.43 | |
| Hagerty Indust | 06/20/08 | 2 | LENOX 23822 WRN 14 PIPE HD ALUM 14ALPW | $73.94 | |
| Hagerty Indust | 06/25/08 | 5 | CHANNELLOCK 420 PLIER GROOVE JNT 9-1/2 PLASTIC HANDLES | $55.20 | |
| Hagerty Indust | 06/25/08 | 1 | CHANNELLOCK 420 PLIER GROOVE JNT 9-1/2 PLASTIC HANDLES | $11.04 | |
| Hagerty Indust | 06/25/08 | 2 | MAYHEW 12300 CHISEL 3" | $17.97 | |
| Hagerty Indust | 06/25/08 | 1 | BOSCH 1209 DIE GRINDER | $385.88 | |
| Hagerty Indust | 06/27/08 | 1 | CHANNELLOCK 420 PLIER GROOVE JNT 9-1/2 PLASTIC HANDLES | $11.04 | |
| Hagerty Indust | 06/27/08 | 5 | CHANNELLOCK 420 PLIER GROOVE JNT 9-1/2 PLASTIC HANDLES | $55.20 | |
| Hagerty Indust | 06/30/08 | 2 | LOULAD FS1506 LADDER 6' STEP 1A FIBER LADDER | $168.03 | |
| Hagerty Indust | 07/08/08 | 2 | MAYHEW 84209 CHISEL 5/8 COLD # 50 | $8.71 | |
| Hagerty Indust | 07/09/08 | 1 | JET 101707 CHAIN FALL 1 TON 30' CHAIN | $201.25 | |
| Hagerty Indust | 07/09/08 | 1 | JET 187710 LEVER HOIST 3/4 TON 20' CHAIN | $180.00 | |
| Hagerty Indust | 07/09/08 | 2 | MAYHEW 12300 CHISEL 3" | $17.97 | |
| Hagerty Indust | 07/14/08 | 1 | DEWALT CD925KA HAMMERDRILL/DRIVER 18V XRP | $262.57 | |
| Hagerty Indust | 07/14/08 | 1 | DEWALT DC9096-2 BATTERY 2 PACK PROMO 18V | $129.00 | |
| Hagerty Indust | 07/14/08 | 2 | MAGNA 41829 BIT #2 PHILLIPS 1/4 SHANK 6" OAL ISO TEMP | $9.80 | |
| Hagerty Indust | 07/15/08 | 1 | LENOX 20980 HAND SAW 18 | $16.67 | |
| Hagerty Indust | 07/15/08 | 2 | CHANNELLOCK 420 PLIER GROOVE JNT 9-1/2 PLASTIC HANDLES | $23.78 | |
| Hagerty Indust | 07/15/08 | 1 | CRAFTSMAN 9-1166 SCRDR SET 19PC | $40.69 | |
| Hagerty Indust | 07/15/08 | 2 | CRESENT AC110 WRN 10 ADJ CHROME | $36.68 | |
| Hagerty Indust | 07/15/08 | 2 | CRESENT AC112 WRN 12 ADJ CHROME | $49.49 | |
| Hagerty Indust | 07/15/08 | 1 | LENOX 21010 TUBE CUTTER 1/8 -1-1/8 TC11/8 | $23.44 | |
| Hagerty Indust | 07/15/08 | 1 | LENOX 21012 TUBE CUTTER 1/8 -1-3/4 TC13/4 | $55.55 | |
| Hagerty Indust | 07/16/08 | 1 | V-B 15720 HAMMER BP 24OZ #S224 HICKORY HANDLE | $17.80 | |
| Hagerty Indust | 07/16/08 | 1 | LENOX 30020 HOLESAW 5" DIA 1-1/2" CUTTING DEPT | $48.25 | |

| Vendor | Date | Qty | Description | Price | Serial |
|---|---|---|---|---|---|
| Hagerty Indust | 07/17/08 | 1 | DEWALT DC925KA HAMMERDRILL/DRIVER 18V XRP | $262.57 | |
| Hagerty Indust | 07/18/08 | 1 | JET 101707 CHAIN FALL 1 TON 30' CHAIN | $201.25 | |
| Hagerty Indust | 07/18/08 | 1 | JET 187710 LEVER HOIST 3/4 TON 20' CHAIN | $180.00 | |
| Hagerty Indust | 07/22/08 | 2 | CM 09003W BEAM CLAMP 600LB | $187.50 | |
| Hagerty Indust | 08/31/08 | 1 | UNION 47107 SPADE DRAIN OPEN BACK 14" WOOD HANDLE | $22.85 | |
| Hagerty Indust | 09/03/08 | 1 | ARM 66-106 SCRDR STD 3/8X8 PLS HDL | $8.79 | |
| Hagerty Indust | 09/03/08 | 1 | CRAFTSMAN 9-44604 WRN 10 ADJ | $18.34 | |
| Hagerty Indust | 09/03/08 | 1 | LENOX 23932 SCRDR 9-IN-1 MULTI-TOOL | $9.10 | |
| Hagerty Indust | 09/05/08 | 1 | LUFTKIN XL8525 TAPE 1-3/16X25' POWER RET 10' STANDOUT | $10.68 | |
| Hagerty Indust | 09/28/08 | 1 | MIL 48-20-7490 BIT 5PC ASSORT SDS 44 MAGNUM 4FLUTE | $21.28 | |
| Hagerty Indust | 11/10/08 | 1 | ESI EST65 INFARED THERMOMETER | $67.31 | |
| Hagerty Indust | 11/10/08 | 1 | RIGID 35615 3/4 PIPE EXTRACTOR | $17.87 | |
| Hagerty Indust | 11/10/08 | 1 | RIGID 35620 1" PIPE EXTRACTOR | $26.29 | |
| Hagerty Indust | 01/22/09 | 2 | LENOX 30020 HOLESAW 1-1/4" DIA 1-1/2" CUTTING DEPT | $15.38 | |
| Hagerty Indust | 01/22/09 | 1 | ARM 67-175 PLIER DIAG CUT 6 W/GRP&SR | $28.95 | |
| Hagerty Indust | 01/22/09 | 5 | CL 46628 DRILL 7/16 JOBBER COBALT LIST #550 | $43.88 | |
| Hagerty Indust | 02/09/09 | 1 | RIDGID 632-41935 700 POWER DRIVE | $1,345.23 | |
| Hagerty Indust | 02/11/09 | 1 | DEWALT DC800KL WRN 1/2 IMPACT 36V | $517.91 | |
| Hagerty Indust | 03/05/09 | 1 | DEWALT D28770 PORTABAND SAW KIT HD PORTABLE | $265.52 | |
| Hilti | 06/15/08 | 1 | PORTABLE WATER TANK | $189.64 | |
| Hilti | 06/15/08 | 1 | DRY CORING TOOL DD110-D5/8 | $838.82 | |
| Hilti | 06/15/08 | 1 | DIAMOND CORE RIG DD200 ANCHOR BASE | $2,840.08 | |
| Hilti | 06/23/08 | 1 | DIAMOND CORE RIG & STAND KIT | $2,376.52 | |
| Hilti | 09/16/08 | 1 | ROTARY HAMMER DRILL TE 16 115VOLT | $525.20 | 156640 |
| Hilti | 09/16/08 | 1 | ROTARY HAMMER DRILL TE 6-S 115V GROUNDED | $380.64 | 766410 |
| Mid-States | 02/03/09 | 1 | VIC GROOVER VE272FS | $5,020.00 | |
| Praxair | 04/29/08 | 1 | VIC0387-0008 WELD 315FC CLAM | $150.15 | |
| Praxair | 05/14/08 | 1 | MIL951099 XMT 350 W/X-TREME 12 V | $4,855.48 | |
| Praxair | 05/16/08 | 1 | MIL042537 WELDING CART W/2CYL-R 4 | $474.07 | |
| Rogers Supply | 06/16/08 | 1 | Oxygen-Acetylene Torch Kit | $236.22 | |
| S.J. SMITH | 05/02/08 | 1 | MIG GUN, 300A 15'/MILLER | $210.00 | |
| S.J. SMITH | 05/15/08 | 2 | WELPER PLIERS/WELDING | $51.86 | |
| S.J. SMITH | 06/06/08 | 1 | MAXSTAR 150 S W/X-CASE AND WELD LEADS SN LJ210566J | $792.00 | |
| S.J. SMITH | 06/20/08 | 1 | PROFAX TURNING ROLLS | $4,480.00 | TR-2348 |
| S.J. SMITH | 07/17/08 | 1 | 20KB00001 DRIVE BOARD | $445.00 | |
| S.J. SMITH | 07/31/08 | 1 | FOOT CONTROL W/CORD | $230.60 | |
| S.J. SMITH | 08/15/08 | 2 | 1 1/8 OFFSET SPUD WRENCH | $102.12 | |
| S.J. SMITH | 08/19/08 | 2 | CHIPPING HAMMER WOOD/C&P | $21.90 | |
| S.J. SMITH | 08/20/08 | 1 | HDLA-3261 CYLINDER CART, HD LA 3000 | $319.52 | |
| S.J. SMITH | 09/09/08 | 1 | 0381-0817 CA2461 CUTT ATTACH.75DEG | $196.74 | |
| Sunbelt | 05/12/09 | 8 | HOSED2 2" X 50' DISCHARGE HOSE | $405.60 | |
| United Radio | 08/11/08 | 3 | TK-3160/KNB-35L/KSC-25/KRA-27M (RADIO) | $1,200.00 | |