EQUIPMENT FLOATER SECTION - ADDITIONAL SCHEDULED EQUIPMENT

RJP2000    CSR: TM    PAGE 1 OF 3

| # | TYPE / MANUFACTURER | ID # / SERIAL NO. / MODEL | NEW / USED / MODEL YEAR | CAPACITY / OTHER | DATE PURCHASED / AMOUNT OF INSURANCE |
|---|---|---|---|---|---|
| 001 | Milwaukee Vore Drills (2) | | | | $ 4,000 |
| 002 | Lincoln Welder & Trailer | | | | $ 3,000 |
| 003 | Rigid 300 Pipe machine (2) | | | | $ 3,000 |
| 004 | Wacker Flat Plate compactor | | | | $ 2,200 |
| 005 | Wacker Jumping Jack Compactor | | | | $ 2,000 |
| 006 | Honda generator | | | | $ 1,800 |
| 007 | Homelite 300 3" discharge pump | | | | $ 2,300 |
| 008 | Kango Electric Jackhammer | | | | $ 1,700 |
| 009 | Laser Transit Level | | | | $ 1,900 |
| 010 | Skyjack Scissor Lift | 602009 | | | $ 12,500 |
| 011 | 520 HI Lifts (5) | | | | $ 6,000 |
| 012 | TE 72 Hilti Hammer Drills (2) | | | | $ 2,400 |
| 013 | TE 92 Hilti Hammer drill | | | | $ 1,400 |
| 014 | Target Partner saws (3) | | | | $ 3,600 |
| 015 | Hilti hand held coredrill | | | | $ 2,400 |

APPLIED 146SE (2003/09)

# EQUIPMENT FLOATER SECTION - ADDITIONAL SCHEDULED EQUIPMENT

RJP2000    CSR: TM    PAGE 2 OF 3

| # | TYPE | ID #/SERIAL NO. | NEW/USED | CAPACITY | DATE PURCHASED |
|---|------|-----------------|----------|----------|----------------|
| | MANUFACTURER | MODEL | MODEL YEAR | OTHER | AMOUNT OF INSURANCE |
| 016 | Rigid Groover | | | | $ 2,100 |
| 017 | Laser | | | | $ 5,130 |
| 018 | Rigid Pipe machine | | | | $ 4,000 |
| 019 | Spot Welder | | | | $ 2,000 |
| 020 | Chshion cut walk behind saw | | | | $ 15,000 |
| 021 | Rol aire air compressor | | | | $ 4,000 |
| 022 | TE5 Hlini drills (2) | | | | $ 2,000 |
| 023 | General generator | | | | $ 3,000 |
| 024 | Goodwin power washer | | | | $ 1,000 |
| 025 | stihl partner saw | | | | $ 2,000 |
| 026 | knack gang boxes | | | | $ 4,500 |
| 027 | Pony pipe machine | | | | $ 1,500 |
| 028 | 2 1/2" Pipe dyes | | | | $ 2,000 |
| 029 | 3" pipe dyes | | | | $ 2,000 |
| 030 | 4" pipe dyes | | | | $ 2,000 |

APPLIED 146SE (2003/09)

# EQUIPMENT FLOATER SECTION - ADDITIONAL SCHEDULED EQUIPMENT

RJP2000     CSR. TM     PAGE 3 OF 3

| # | TYPE / MANUFACTURER | ID # / SERIAL NO. / MODEL | NEW/USED / MODEL YEAR | CAPACITY / OTHER | DATE PURCHASED / AMOUNT OF INSURANCE |
|---|---|---|---|---|---|
| 031 | Goodwin Pressure Washer | | | | $ 1,100 |
| 032 | Hypertherm Plazma cuter power max | | | | $ 2,300 |
| 033 | Miller thunderbolt XL portable arc | LA046986 | | | $ 2,600 |
| 034 | Englo air mate compressors 3@500 each | | | | $ 1,500 |
| 035 | Hydrostatic pump | 7088-10052 | | | $ 1,100 |
| 036 | Combo Trailer | 04-9860 | U / 2004 | | 10/01/06 / $ 6,000 |
| 037 | TSI Office Trailer | 88-3911 | U / 1988 | | 10/01/06 / $ 3000 |
| 038 | Acton R5308 Trailer | 11-30227 | U / 1998 | | 10/01/06 / $ 6,000 |
| 039 | Great Dane Storage Trailer | T7029189017 | U / 1990 | | 10/01/06 / $ 5,000 |
| 040 | Trailmobile StorageTrailer | 1PT01JAK4H9001035 | U / 1987 | | 10/01/06 / $ 5,000 |
| 041 | Storage Trailer | T8314568038 | U / 1980 | | 10/01/06 / $ 5,000 |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |

APPLIED 146SE (2003/09)

Date _____

## EQUIPMENT LIST

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Collator Stitching & Folding Unit | 1 | | |
| Horizon SPF-20 | | | |
| Perfect Binder | | | |
| Horizon International Inc. Japan BQ440 | 1 | | |
| Cutter | 1 | | |
| Schneider-Werk Senator 132 | | | |
| Cutter - Polar 76 EM | 1 | | |
| Folder | | | |
| Stahl FT 49A (Feeder End) T49/44-FA Delivery End | 1 | | |
| Paper Drill | 1 | | |
| Baumfolder ND-10 | | | |
| Mailing System - Addresser | 1 | | |
| Bryce 16K Print Station | | | |
| Folder, MBO Knife | 1 | | |
| MBO Type 7Z Knife Folder | | | |
| Pocket Folder Gluer | 1 | | |
| Moll Hand Feed | | | |
| 3-Knife Trimmer | 1 | | |
| Wohlenberg A43 | | | |
| Stitcher | 1 | | |
| Rosback 202 | | | |
| Shrink Wrap | 1 | | |
| X-Rite 710 | | | |
| Water Sealer | 1 | | |
| Accutest XL-Feeder | | | |
| Mailing System - Feeder | 1 | | |
| Streamfeeder 3 BOSS | | | |
| Rollem | 1 | | |
| Rollem Corporation of America Mini 4 | | | |
| Water Sealer | 1 | | |
| Accutest KT - 1st Seal Unit | | | |
| Water Sealer | 1 | | |
| Accutest TT2 - Second Seal Unit | | | |
| Folder | 1 | | |
| Baum 714 | | | |
| Envelope Sealer/Meter Base | 1 | | |
| Ascom Hasler System 220 Plus | | | |

[REDACTED]

Date: _____

## EQUIPMENT LIST

[REDACTED]

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Mailing System - Conveyor | 1 | | |
| Automated Conveyor Systems Belt Conveyor | | | |
| Cutter | 1 | | |
| Miehle-Gross-Dexter, Inc. Lawson 52 Cutter | | | |
| Computer, Misc - Bindery | 1 | | |
| Apple Mac | | | |
| Jogger | 1 | | |
| Syntron Company Type FC-21 Style 4479 | | | |
| Scale | 1 | | |
| Pennsylvania Scale Co 7500 | | | |
| Paper Drill | 1 | | |
| Challenge Style E | | | |
| Stitcher | 1 | | |
| Bostitch EHFS MD | | | |
| Cart - Bindery | 6 | | |
| Computer, PC - Bindery | 1 | | |
| HP Pavilion 310N(P7492A-ABA 31 0N | | | |
| Printer, Laser - Bindery | 1 | | |
| HP LaserJet 6P (C3982A) | | | |
| Jogger | 1 | | |
| Lectrojog 665 Office Jogger | | | |
| Cart, Rosback | 1 | | |
| Rosback | | | |
| Comb Binder | 1 | | |
| HIC PUBIN HPB 210 | | | |
| Print Server | 1 | | |
| HP JetDirect 300X | | | |
| Monitor - Bindery | 1 | | |
| Sony CPD-200SX (Multiscan 200SX) | | | |
| Tape Machines | 2 | | |
| 3M Hand Operated | | | |
| Sharpener | 1 | | |
| Baumfolder DS-A-1 | | | |
| Stitcher | 1 | | |
| Bostitch No 4 | | | |
| Printer, Dot Matrix - Bindery | 1 | | |

▮▮▮▮▮▮▮▮▮▮

Date: _____

## EQUIPMENT LIST

▮▮▮▮▮▮

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Epson P980A (FX880) | | | |
| | | | |
| Mailing System - Conveyor | 1 | | |
| Accufast 3FV | | | |
| | | | |
| Cart | 4 | | |
| Shredders | | | |
| | | | |
| Scale | 1 | | |
| Pelouze 250 lb. General Utility Scale | | | |
| | | | |
| Padding Rack | 1 | | |
| Bill Wiese 1 | | | |
| | | | |
| Disk Drive | 1 | | |
| Iomega Z100S2 (Zip 100) | | | |
| | | | |
| Round Corner Machine | 1 | | |
| The American Type Founders Co. The Sterling | | | |
| | | | |
| Tape Dispenser | 1 | | |
| Scotch Brand 169 Weighted Mainline Dispenser | | | |
| | | | |
| Paper Roll Dispenser | 1 | | |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | | | |
|---|---|---|---|
| Forklift | 1 | | |
| Clark TW 40 | | | |
| | | | |
| Charger | 1 | | |
| Exide System 3000 ES3 18 850 | | | |
| | | | |
| Electric Pallet Lift | 1 | | |
| Economy CWF-56-20 | | | |
| | | | |
| Ladder | 1 | | |
| Werner 7210 | | | |
| | | | |
| Ladder | 1 | | |
| Werner 6208 | | | |
| | | | |
| Pallet Truck | 1 | | |
| Multiton M20x48 | | | |
| | | | |
| Strapping Cart (Pallet Bander/Sealer) | 1 | | |
| S-828 (U-Line Catalog Number) | | | |
| | | | |
| Banding Tensioner, Crimper, Snips | 1 | | |
| Signode LT (Tensioner) | | | |
| | | | |
| Dock Plate | 1 | | |
| | | | |
| Shelving, Paper Storage | | | |

**ART & PRINT**

Date: _____

## EQUIPMENT LIST

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Handtruck | 1 | | |
| Stretch Wrapper | 1 | | |
| Highlight Industries 18" Hand Operated | | | |

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Night Stand | 1 | | |
| Foremost Furniture 4511 Nightstand | | | |
| Coat Rack (Pole Style) | 1 | | |
| Chairs, Arm | 2 | | |
| All States Inc. | | | |

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Welder | 1 | | |
| Silver Beauty 90065 | | | |
| Tool Boxes | 1 | | |
| Sears Craftsman | | | |
| Workbench/Cabinet | 1 | | |
| Air Compressor | 1 | | |
| Sears Craftsman 1 HP | | | |
| Ladder | 1 | | |
| Werner Ladder Co. 6' | | | |
| Grinder | 1 | | |
| Delta 23-680 | | | |
| Shop Vac | 1 | | |
| Shop Vac QL50C | | | |

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Monitor - Bill | 1 | | |
| Apple M8149 Cinema Display 22" | | | |
| Computer, Mac G4 - Bill | 1 | | |
| Apple G4 | | | |
| Computer, Mac - Bill | 1 | | |
| Apple G4 | | | |
| File Cabinet - Bill | 6 | | |
| Hon | | | |

Date: _____

## EQUIPMENT LIST

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Monitor - Bill | 1 | | |
| Mitsubishi Diamond Pro 2040U NSB11075TTUW | | | |
| Table - Bill | 1 | | |
| Blush | | | |
| Printer, Inkjet - Bill | 1 | | |
| Epson P151A Stylus Color 1160 | | | |
| Digital Camera | 1 | | |
| Olympus D-500L | | | |
| Picture - Bill | 1 | | |
| Printer, Inkjet - Bill | 1 | | |
| Epson B161B C42UX | | | |
| Scanner - Bill | 1 | | |
| UMAX Astra 1600-U | | | |
| Chair - Bill | 1 | | |
| Globe Chair Worldwide E2001 P/N 282500800 | | | |
| Disk Drive - Bill | 1 | | |
| Club Mac C104XXX | | | |
| Disk Drive - Bill | 1 | | |
| FWB Inc. HammerDisk PE8c | | | |
| Electrical Tester | 1 | | |
| Fluke 7-600 | | | |
| Back Up Power - Bill | 1 | | |
| Tripp Lite Internet Office 500 UPS BC 3451 | | | |
| Disk Drive | 1 | | |
| Iomega Z100S2 - Zip 100 | | | |
| Calculator - Bill | 1 | | |
| Royal HD 7000 | | | |
| Blanket Gauge | 1 | | |
| R & P | | | |
| CD Storage Rack | 1 | | |
| Hutch - Bill | 1 | | |
| Sauder Woodworking 4582 Library w/ doors | | | |
| Printer - Laser - Bill | 1 | | |
| Apple M6000, Laserwriter II | | | |
| File, Rolling - Bill | 2 | | |
| Card Reader | 1 | | |

▇▇▇ & PRINT▇▇▇

Date. _____

## EQUIPMENT LIST

▇▇▇▇▇

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Microtech USB Camera Mate DPCM - USB | | | |
| Book Shelf - Bill | 1 | | |
| 4' Gray & Black | | | |
| Book Shelf - Bill | 1 | | |
| 8' Gray & Black | | | |
| Chair - Bill | 1 | | |
| Zhejiang Himax Furniture Ind. Corp. Ltd | | | |
| Chair - Bill | 1 | | |
| Zhejiang Himax Furniture Industry Corp. Inc | | | |

▇▇▇▇▇

| | | | |
|---|---|---|---|
| Computer, Mac - Brent | 1 | | |
| Apple G4 | | | |
| Computer, PC - Brent | 1 | | |
| Compaq Prosignia 200 | | | |
| Monitor - Brent - Mac | 1 | | |
| Sony CPD-300SFT Multiscan 300 sf | | | |
| Monitor - Brent PC | 1 | | |
| Sony CPD-300SFT Multiscan 300sf | | | |
| Desk - Brent | 1 | | |
| File Cabinet - Brent | 1 | | |
| Hon | | | |
| Filing Cabinet - Brent | 2 | | |
| Printer, Inkjet - Brent | 1 | | |
| Epson P110A Stylus Color 740 | | | |
| Book Shelf - Brent | 1 | | |
| Calculator - Brent | 1 | | |
| Casio FR2650A | | | |
| Chair - Brent | 1 | | |
| Zhejiang Himax Furniture Ind. Corp Ltd. | | | |

▇▇▇▇▇

| | | | |
|---|---|---|---|
| Office Copier | 1 | | |
| Lanier 6720 | | | |
| Printer, Inkjet - Jan | 1 | | |
| Epson P131A Stylus 1160 | | | |
| Printer, Laserjet - Jan | 1 | | |

████&PRIN████

Date. _____

## EQUIPMENT LIST

████████

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| HP C3982A - 6 MP | | | |
| | | | |
| Monitor - Jan | 1 | | |
| Sony CPD-300SFT Multiscan 300sf | | | |
| | | | |
| Computer, PC - Jan | 1 | | |
| HP Pavilion 5835 | | | |
| | | | |
| Filing Cabinets, 4 drawer | 2 | | |
| Hon | | | |
| | | | |
| Paper Shredder | 1 | | |
| Achiever Personal Paper Shredder | | | |
| | | | |
| Desk | 1 | | |
| | | | |
| Back Up Power - Jan | 1 | | |
| APS BK500 MC Back-UPS 500 | | | |
| | | | |
| Chair - Jan | 1 | | |
| Hon | | | |
| | | | |
| Horizontal Filing Cabinet | 1 | | |
| | | | |
| Book Shelf | 2 | | |
| Foremost Furniture 9525 4 Shelf bookcase | | | |
| | | | |
| Calculator - Jan | 1 | | |
| Facit 2252 Prod#9273 23 02 | | | |
| | | | |
| Printer Stand | 1 | | |
| Sauder Woodworking 4532 Printer Stand w/2 | | | |

████████████████████████

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Computer, Mac - Judy | 1 | | |
| Apple M3098 - Power Macintosh 9500/132 | | | |
| | | | |
| Monitor - Judy | 1 | | |
| Sony CPD-300SFT - MultiScan 300 sf | | | |
| | | | |
| File Cabinet - Judy | 2 | | |
| Hon | | | |
| | | | |
| Light Table | 1 | | |
| | | | |
| Desk | 1 | | |
| Hon | | | |
| | | | |
| Printer, Inkjet - Judy | 1 | | |
| Epson P110A Stylus Color 740 | | | |
| | | | |
| Chair - Judy | 1 | | |
| Hon 7717AB | | | |

**ART & PRINT**

Date: _____

## EQUIPMENT LIST

### [REDACTED]

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Desk, Computer | 1 | | |
| Sauder Woodworking 4530 Desk | | | |
| Calculator - Judy | 1 | | |
| Sharp EL-1830A | | | |
| Hutch - Judy | 1 | | |
| Sauder Woodworking 4582 Library w/ doors | | | |
| Chairs, Arm | 3 | | |
| All Steel Inc 118-922 | | | |
| Rolling File Cabinet | 1 | | |

### [REDACTED]

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Computer, Mac G4 - Mark | 1 | | |
| Apple G4 | | | |
| Monitor - Mark | 1 | | |
| SuperMac TH2S17SBKTKW Color Display Monitor | | | |
| File Cabinet - Mark | 1 | | |
| Hon | | | |
| Desk - Mark | 1 | | |
| Printer, Inkjet - Mark | 1 | | |
| Epson P119A Stylus Color 740 | | | |
| Hutch - Mark | 2 | | |
| Sauder Woodworking 4582 Library w/doors | | | |
| Calculator - Mark | 1 | | |
| Casio P20-DX | | | |
| Stand, Printer - Mark | 1 | | |
| Chair - Mark | 1 | | |
| All Steel Inc 118-922 | | | |

### OFFICE - MULTI-PURPOSE

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| ETC - Time Clock | 1 | | |
| 200 | | | |
| File Cabinet - Judy to Brent | 9 | | |
| Hon | | | |
| Computer, PC - Compaq | 1 | | |
| Compaq DeskPro | | | |
| File Cabinet - Brent to File Room | 5 | | |
| Hon | | | |

PRINT & PRINT

Date: _____

## EQUIPMENT LIST

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| File Cabinet - Multipurpose | 4 | | |
| Hon | | | |
| Printer, Laser Network | 1 | | |
| QMS QMS-2060-1 | | | |
| Refrigerator | 1 | | |
| Whirlpool ET20NKXDN10 | | | |
| Table, Conference | 1 | | |
| 8' Conference | | | |
| Coffee Maker | 1 | | |
| Bun-O-Matic Corp VLPF Series 07400-0005 | | | |
| Fax Machine | 1 | | |
| Panasonic PanaFax UF-880 | | | |
| Monitor - Compaq Multi-Purpose Room | 1 | | |
| Compaq 510 | | | |
| Chair | 7 | | |
| The Hon Co 2403GGG | | | |
| Desk | 1 | | |
| Microwave | 1 | | |
| Sharp R209BK Carousel | | | |
| Coffee Maker | 2 | | |
| Bun-O-Matic Pour-Omatic | | | |
| Chair | 2 | | |
| Global Upholstery Co | | | |
| Disk Drive Jasmine | 1 | | |
| Jasmine Technologies, Inc. Direct Drive | | | |
| Microwave | 1 | | |
| Sanyo Electric Inc. EM-1103M | | | |
| Hutch - Multipurpose Room | 1 | | |
| Bauder Woodworking 4582 Library w/doors | | | |
| Chair - Antique | 1 | | |
| Harter Corp | | | |
| Book Shelf | 1 | | |
| Foremost Furniture 9525 4 Shelf Bookcase | | | |
| Cutter - Paper | 1 | | |
| Premier -The Trimmer People 18" wide | | | |
| Stand, Fax Machine | 1 | | |

**INK & PRINT**

Date _____

## EQUIPMENT LIST

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Extinguisher | 2 | | |
| Amerex Halon 1211 (1A - 10 BC) | | | |
| File - Hanging | 3 | | |
| File - Hanging | 3 | | |
| File - Hanging | 2 | | |
| Computer, Mac - Surplus | 1 | | |
| Apple II ci | | | |
| Computer, Mac - Surplus | 1 | | |
| Apple II cx | | | |
| Computer, Power PC Mac | 1 | | |
| Apple 7500/100 | | | |
| Computer, Power PC Mac | 1 | | |
| Apple 7100/68 | | | |
| Truck | 1 | | |
| International 4700 4x2 | | | |
| Car | 1 | | |
| Buick 1992 LeSabre Limited | | | |
| Van | 1 | | |
| Ford 1990 Aerostar | | | |
| PolaProof System | 1 | | |
| Polaroid 1420 Imager Gold | | | |
| AC & NC Raid | 1 | | |
| AC & NC Raid Jet Stor 8 LVD | | | |
| Image Setter - ECRM | 1 | | |
| ECRM 21400-04-VRL 46 ScriptSetter | | | |
| Printer, Inkjet - Epson | 1 | | |
| Epson P980A - Stylus Pro 5000 w/Fiery RIP | | | |
| Tape Drive | 1 | | |
| LaCie TSL - A500C - AIT1 Autoloader | | | |
| Scanner - Cezanne | 1 | | |

Date: _____

## EQUIPMENT LIST

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Dainippon Screen Mfg Co Ltd FT-S5000 | | | |
| Rack - Network | 1 | | |
| Printer, Laser - Pre-Press | 1 | | |
| Xante Corp XVA-1 Accel-A-Writer 3N | | | |
| Computer, Mac G4 - Brian | 1 | | |
| Apple G4 (Sawtooth) | | | |
| Computer, PC - Brian | 1 | | |
| AMD Athlon | | | |
| Computer, Mac G4 - John | 1 | | |
| Apple G4 (Sawtooth) | | | |
| Computer, Mac G4 - Scott | 1 | | |
| Apple G4 (Sawtooth) | | | |
| Computer, Mac G4 - Diane | 1 | | |
| Apple G4 (Sawtooth) | | | |
| Computer, Mac - Lebproof RIP | 1 | | |
| Apple G4 (Sawtooth) | | | |
| Scanner - UMAX | 1 | | |
| UMAX Mirage D - 16L | | | |
| Densitometer | 1 | | |
| X-Rite Transmissive 361T | | | |
| Computer, PC - Web Server | 1 | | |
| Power Computing Power Center Pro 340 | | | |
| Computer, Mac G3 - ECRM RIP | 1 | | |
| Apple G3 Minitower | | | |
| Computer, Mac G3 - Scanner | 1 | | |
| Apple G3 Minitower | | | |
| Printer, Inkjet - Epson | 1 | | |
| Epson P150A - Stylus Pro 7000 | | | |
| AGFA Laminator | 1 | | |
| AGFA Pressmatch Laminator 2/2 | | | |
| Computer, PC - John | 1 | | |
| Computer, PC - Win NT Server | 1 | | |
| Brian | | | |
| Linux Internet Box | 1 | | |
| Power Computing Power Center Pro 240 | | | |
| Computer, Mac 8500 | 1 | | |

Date: _____

## EQUIPMENT LIST

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Apple Power Mac 8500/120 | | | |
| Computer, PC - True Flow | 1 | | |
| Dell Precision 220 WCP | | | |
| Computer, Mac 8100 - Mail Server | 1 | | |
| Apple 8100/80 | | | |
| Computer, Mac 7500 | 1 | | |
| Apple Power Mac 7500/100 | | | |
| Monitor - Diane | 1 | | |
| Mitsubishi Diamond Pro 2040U | | | |
| Monitor - John | 1 | | |
| Mitsubishi Diamond Pro 2040U | | | |
| Monitor - Brian | 1 | | |
| Mitsubishi Diamond Pro 2040U | | | |
| Monitor - Scott | 1 | | |
| Mitsubishi Diamond Pro 2040U | | | |
| Computer, PC - True Flow | 1 | | |
| Dell PowerEdge 2400 SMM | | | |
| Computer, PC - Scott | 1 | | |
| Compaq Professional Workstation 5000 | | | |
| Disk Drive - CD-R/SCSI - Scott | 1 | | |
| Yamaha ST14207N - CD-R100 | | | |
| Back Up Power - Rack | 1 | | |
| APC SU100RM2U - Rackmount Smart UPS 1000 | | | |
| Scanner | 1 | | |
| LaCie G530 A - Silverscanner II | | | |
| Printer, Inkjet | 1 | | |
| HP C2670A Deskjet 1100C | | | |
| Monitor | 1 | | |
| Sony GDM20SE2T - Multiscan 20 sell | | | |
| Monitor | 1 | | |
| Sony GDM-400 PS - 400PS | | | |
| Back Up Power | 1 | | |
| APC BP 1000 - BackUPS Pro 1000 | | | |
| Monitor | 1 | | |
| Dell Ultra Scan P991 17" | | | |
| Router | 2 | | |
| Netgear 24 Port | | | |

Date: _____

## EQUIPMENT LIST

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| Monitor | 1 | | |
| Apple Colorsync 20" (19" Viewable) | | | |
| Monitor | 1 | | |
| Apple Multiple Scan 17 Display | | | |
| DiskDrive - Jaz 1 GB | 1 | | |
| Club Mac 1 GB Jaz Drive | | | |
| Light Table | 1 | | |
| Sandmar SL30 | | | |
| Light Table | 1 | | |
| Gallo | | | |
| Disk Drive - Diana | 1 | | |
| PLI INF40T - 240 Meg SyQuest | | | |
| Monitor | 1 | | |
| Dell 15" | | | |
| Back Up Power - Dana | 1 | | |
| APC BK500MC - Back-UPS 500 | | | |
| Desk - Scott, Mac | 1 | | |
| File - Hanging Pre-Press | 1 | | |
| Monitor - John PC | 1 | | |
| Impression DB1755A - Impression 7 Plus 15" | | | |
| Back Up Power - True Flow | 1 | | |
| APC BK500 MC - BackUPS 500 | | | |
| Back Up Power - John | 1 | | |
| APC BK3644 -Back-UPS 500 500 | | | |
| Desk - John | 1 | | |
| Hon 85272 (Long Desk) 85342 (Short Desk) | | | |
| Desk - Diana | 1 | | |
| Shaw Walker RT 3030 | | | |
| Monitor - True Flow | 1 | | |
| Apple 17" | | | |
| Cabinet - Netr PolaProofer | 1 | | |
| Monitor | 1 | | |
| Viewsonic Corp VCDTS21536-4M 15" | | | |
| Cabinet | 1 | | |
| Disk Drive - Hammer DAT | 1 | | |

ART & PRINT

Date: _____

## EQUIPMENT LIST

| ITEM DESCRIPTION | QUANTITY | INVENTORY COUNT | NOTES |
|---|---|---|---|
| FWB Inc. DAT4000 | | | |
| Cabinet - Near Epson 7000 | 1 | | |
| Monitor - Pats Proof | 1 | | |
| Viewsonic VCDTS21528-4M E655 15" | | | |
| Disk Drive - John | 1 | | |
| iOmega Z100S | | | |
| Chair - John | 1 | | |
| Vogel Peterson | | | |
| Desk - PrePress PC | 1 | | |
| Sauder Woodworking 4630 Desk | | | |
| Desk - Scanner Controller | 1 | | |
| Sauder Woodworking 4630 Desk | | | |
| Chair - Scott | 1 | | |
| Hon 7717AB | | | |
| Chair - Brian | 1 | | |
| Shaw Walker 360 Series Chair | | | |
| Desk - Brian | 1 | | |
| Cabinet | 1 | | |
| Chair - Diane | 1 | | |
| Shaw Walker 360 Series Chair | | | |
| Cabinet | 1 | | |
| Back Up Power | 1 | | |
| Trip Lite BC 3544 - Internet Office 500 | | | |
| Desk - FTP Server | 1 | | |
| Desk - ECRM Controller | 1 | | |
| Book Shelf | 1 | | |
| Chair - TruePlow | 1 | | |
| Desk - Brian's Scanner | 1 | | |
| Table - Drafting | 1 | | |
| Hamilton | | | |
| Stand - ECRM | 1 | | |
| Disk Drive - Diane | 1 | | |
| Epson MZ10080 - 100 Meg Zip Drive | | | |

| Year | Make | Model | Description | Serial # |
|---|---|---|---|---|
| | Wildcat | | Self-Propel 16' Manlift | |
| | | SL20 | Upright Manlift | 1601 |
| | Parker | H624 | Pipe Bender | |
| | Terex | TB44 | | 99610092 |
| 2008 | Skyjack | 3219 | Scissorlift | 22017054 |
| 2008 | Skyjack | 3219 | Scissorlift | 22017055 |
| 2008 | Skyjack | 3219 | Scissorlift | 22017056 |
| 2008 | Skyjack | 3219 | Scissorlift | 22017058 |
| 2008 | Skyjack | 3219 | Scissorlift | 22017059 |
| | | | Diamond Core Rig & Stand Kit | |
| | Bosch | 1209 | Die Grinder | |
| | | | Drill Stand | |
| | | | Diamond Core Rig | |
| | | | Portable Water Tank | |
| | | | BAYCCHT Crankcase Heater | |
| | Power Source | XMT350 | Welder | LJ170082A |
| | Power Source | XMT350 | Welder | LJ290078A |
| | Power Source | XMT350 | Welder | LJ170084A |
| | Power Source | XMT350 | Welder | LJ230980A |
| | Power Source | XMT350 | Welder | LJ230982A |
| | Power Source | XMT350 | Welder | LJ230983A |
| | Power Source | XMT350 | Welder | LJ230984A |