**IT IS SO ORDERED.**

**SIGNED THIS: July 06, 2010**

_____
**THOMAS L. PERKINS
UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FASTECH SERVICES, INC., | ) | BANKRUPTCY |
| | ) | NO. 10-81323 |
| Debtor. | ) | |

### ORDER ON CREDITORS' MOTION FOR LEAVE
### TO PERFORM A PAYROLL COMPLIANCE AUDIT

This cause coming on to be heard before the Court upon Creditors', PLUMBERS LOCAL 63 AND STEAMFITTERS LOCAL 353 JOINT PENSION TRUST FUND, *et al.*, Motion for Leave to Perform a Payroll Compliance Audit. The Court, being fully advised in the premises, finds that Creditors are allowed to conduct a payroll audit necessary for Creditors to prepare accurate records for reporting purposes pursuant to ERISA and Department of Labor requirements.

IT IS HEREBY ORDERED, that the Creditors, PLUMBERS LOCAL 63 AND STEAMFITTERS LOCAL 353 JOINT PENSION TRUST FUND, *et al.*, are granted leave to perform a payroll compliance audit of FASTECH SERVICES, INC., for the period of January 1, 2006 through present.

###