UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **FASTECH SERVICES, INC.,** | ) Case No. 10-81323 |
| a Nevada corporation, | ) |
| | ) Honorable Thomas L. Perkins |
| Debtor. | ) |

## DEBTOR'S REPORT CONCERNING INVESTIGATION

NOW COMES FasTech Services, Inc., the debtor and debtor in possession herein (the "Debtor"), by its undersigned counsel, and for its Report Concerning Investigation states as follows:

### INTRODUCTION

1. On April 22, 2010 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtor has remained in possession of its property and has operated its business as a debtor in possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

2. A committee to represent the interests of general unsecured creditors was appointed in this case (the "Committee"), but the Committee has not yet requested authority to employ professionals.

### BACKGROUND

3. The Debtor principally is engaged in the construction industry throughout central Illinois as an electrical, plumbing and HVAC contractor. Most of the Debtor's construction projects pertain to commercial facilities owned by hospitals, medical clinics, school districts and universities, governmental agencies and similar parties. The Debtor operates most of its business out of its leased facilities in East Peoria, Washington and Springfield, Illinois (the "Debtor's Facilities").

4. Frank Bonadio and Phil Heinz are the Debtor's two principal executive officers, and both were examined under oath during the meeting pursuant to §341 of the

1

Bankruptcy Code. Mark Swank is a former officer and director of the Debtor.

## THE INVESTIGATION

5. On the morning of Thursday, July 8, 2010, representatives of the Federal Bureau of Investigation and the United States Treasury (the "Federal Authorities") went to the Debtor's Facilities and the residences of Messrs. Bonadio, Heinz and Swank. The Federal Authorities also visited the place of business of the Debtor's affiliate, T.A. Brinkoetter & Sons, Inc. in Decatur, Illinois. The search warrants obtained by the Federal Authorities indicated an investigation of possible bank fraud, wire fraud and bankruptcy fraud. On information and belief, no one was present at Mr. Swank's residence, but the Debtor is informed the Federal Authorities gained entry to his residence.

6. Various materials, including books, records, cell phones and computers, were removed from most if not all of the foregoing locations. Messrs. Bonadio and Heinz were interviewed by the Federal Authorities at their respective places of residence, and many if not all of the Debtor's employees who were present at the Debtor's Facilities were interviewed as well. The undersigned is informed that all of the individuals responded to the questions posed and otherwise cooperated with the investigation. The undersigned does not know what communications, if any, Mr. Swank had with the Federal Authorities. The Debtor understands the investigation was commenced several months ago, but July 8, 2010 was the first time the Debtor was made aware of the investigation.

7. The Debtor resumed business operations on July 9, 2010. On July 12, 2010, the Federal Authorities commenced allowing the Debtor to retrieve certain essential materials with which to operate its business. The Debtor continues to identify other materials which are essential to its operations with the expectation that they will be returned soon.

8. Since July 9, 2010, the undersigned has engaged in hours of conversations

with Messrs. Bonadio and Heinz regarding the investigation. In addition, the undersigned has participated in two meetings of the Board of Directors of the Debtor's parent company, SARS Corporation, which meetings lasted over four hours.

9. Based upon the questions posed by the Federal Authorities, the Debtor has commenced its own investigation, which investigation is ongoing. As of this date, the Debtor does not know who or what triggered the investigation, nor does the Debtor know with any clarity what or whom is being investigated.

10. As appropriate, the Debtor will file additional reports with this Court concerning the investigation.

Respectfully submitted,

**FASTECH SERVICES, INC.**

By: /s/ Charles S. Stahl, Jr.
One of its attorneys

Charles S. Stahl, Jr. (Attorney I.D. No. 02699915)
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6990
Fax: (630) 799-6901