**IT IS SO ORDERED.**

**SIGNED THIS: September 13, 2010**

_____
**THOMAS L. PERKINS
UNITED STATES CHIEF BANKRUPTCY JUDGE**
_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:     FasTech Services, Inc., a Nevada corporation            Case No.    10-81323

Debtor(s)

**ORDER**

__X__  A hearing having been held September 13, 2010 on the following matters:

_____  The following having been filed:

1) Debtor's Motion for an Extension of Time Within Which the Debtor Retains the Exclusive Right to File a Plan of Reorganization and Obtain Acceptance Thereof

2)

3)

4)

5)

6)

IT IS ORDERED THAT:

| Matter | Action |
| --- | --- |
| #1 | Allowed - Debtor's exclusive right to propose a plan of reorganization is extended to October 22, 2010.  The Chapter 11 Plan and Disclosure Statement is to be filed on or before October 31, 2010 and the period within which the Debtor can obtain acceptance thereof is extended to December 22, 2010. |
| | Denied |
| | Dismissed |
| | Withdrawn |
| | Continued to *, 201* |
| | Continued * days |
| | Other: |

Go to *www.ilcb.uscourts.gov*  for information regarding this court's *mandatory* electronic filing policy.

###