**IT IS SO ORDERED.**

**SIGNED THIS: March 22, 2011**

_____
THOMAS L. PERKINS
UNITED STATES CHIEF BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FASTECH SERVICES, INC., | ) Case No. 10-81323 |
| a Nevada corporation (FEIN 27-0973823), | ) |
| | ) |
| Debtor. | ) |

**ORDER ON MOTION OF ASSOCIATED BANK. N.A.
TO CONVERT CASE TO A CASE UNDER CHAPTER 7**

THIS CAUSE coming on to be heard at a final hearing on the motion of Associated Bank, N.A. to convert this case to a case under chapter 7 of the Bankruptcy Code (the "Motion"); notice having been duly given; the Court having reviewed all papers filed in connection with the Motion, having heard the testimony of the Debtor's President, Frank Bonadio, having reviewed the exhibits admitted into evidence, and having entertained the arguments and comments of counsel for Associated Bank, N.A. the Debtor, and other creditors and parties in interest; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Motion is denied without prejudice and subject to the conditions set forth

in this Order.

2. On or before April 6, 2011, the Debtor shall

    a. Remit the sum of $30,000.00 to Associated Bank, N.A. as and for adequate protection payments for the period through March 31, 2011;

    b. Remit the sum of $5,660.00 to South Side Bank as and for delinquent adequate protection payments, without prejudice to the right of South Side Bank to file a motion requesting additional adequate protection payments to which it believes it is entitled; and

    c. File its amended plan of reorganization and an amended disclosure statement in connection therewith.

3. The Debtor shall open a segregated depository account for the maintenance and remittance of payroll taxes.

###