

**U.S. Department of Justice**

*Office of the United States Trustee, Region 10 Central
& Southern Districts of Illinois
Northern & Southern Districts of Indiana*

*401 Main Street, Suite 1100*          Phone: 309 671-7854
*Peoria, Illinois 61602*               Fax:  309 671-7857

### Monthly Report for Non-Small Business Debtors and Chapter 11 Trustees

Debtor Name: Eastern Services          For the month ended: May 2011

Case Number: 10-81323                  Date Bankruptcy filed: _____

**This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee. The Operating Report Summary, located on page 31 of 32, is to be completed and electronically filed by the debtor's attorney with the Bankruptcy Court. If any portion of this report is not completed, please provide an explanation as to the reason for the incomplete portion.**

| Portion of the report: | Reason not completed or provided: |
|---|---|
| Monthly Income Statement | _____ |
| Monthly Cash Flow | _____ |
| Operating Report Summary | _____ |
| Bank Statements | _____ |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying report is complete, true and correct to the best of my knowledge, information, and belief.

Signature of Debtor or Debtor's Representative: _____

Title of Representative if applicable: _____CEO / PRESIDENT_____

Dated: __May 5__, 20 11          Debtor's phone number: 309 427 5960

Name of Preparer: _Clayton Shelver_,    _Interim CFO_
                                          (Title)

Preparer's phone number: 309-427-5967

*Page 1 of 6*

# OFFICE OF THE U.S. TRUSTEE - REGION 10
## MONTHLY INCOME STATEMENT
*(Accrual Method of accounting of required)*

As of ___March 2011___

**Debtor Name:** FasTech Services, Inc.                    **Case Number:**    10-81323

|  |  | CURRENT MONTH | YEAR TO DATE |
|---|---|---|---|
| **INCOME** |  |  |  |
| Gross Receipts or Sales |  | $ 176,099.68 | $ 1,035,150.61 |
| less: returns or allowances |  | $ - | $ 1,790.69 |
| Cost of Goods |  |  |  |
| Beginning Inventory | $ 51,950.40 |  |  |
| Purchases | $ 60,977.83 |  |  |
| Other Costs (attach itemized schedule) | $ 153.72 |  |  |
| less: ending inventory | $ 60,977.83 |  |  |
| Cost of Goods Sold | $ 52,104.12 | $ 52,104.12 | $ 166,598.16 |
| Gross Profit |  | $ 123,995.56 | $ 868,470.45 |
| Interest |  | $ - | $ - |
| Rents |  | $ - | $ - |
| Gain (Loss) from sale of property |  | $ - | $ - |
| Other Income (attach itemized schedule) |  | $ - | $ 340,119.17 |
| Total Income |  | $ 123,995.56 | $ 1,208,589.62 |
| **GENERAL AND ADMINISTRATIVE EXPENSES** |  |  |  |
| Compensation of Officers |  | $ 17,307.66 | $ 111,090.94 |
| Salaries & Wages |  | $ 143,649.21 | $ 663,536.86 |
| Repairs & Maintenance |  | $ 88.12 | $ 258.12 |
| Supplies |  | $ 49.72 | $ 2,562.12 |
| Bad Debts |  | $ - | $ - |
| Rents |  | $ 2,915.63 | $ 33,490.96 |
| Payroll Taxes |  | $ 16,842.45 | $ 150,127.37 |
| Other Taxes |  | $ 4,870.32 | $ 11,488.32 |
| Interest Expense |  | $ - | $ - |
| Depreciation |  | $ - | $ - |
| Insurance |  | $ 8,029.48 | $ 48,489.78 |
| Travel & Entertainment |  | $ 590.45 | $ 629.34 |
| Utilities & Telephone |  | $ 1,001.82 | $ 22,772.34 |
| Professional & Legal |  | $ (3,500.00) | $ 6,250.00 |
| Other Expenses (Attach Itemized Schedule) |  | $ 9,951.08 | $ 212,359.41 |
| Total Expenses |  | $ 201,795.94 | $ 1,263,055.56 |
| Net Profit (Loss) |  | $ (77,800.38) | $ (54,465.94) |

*Page 2 of 6*

Page 26 Other

Page 26 other

| | | |
|---|---|---|
| Freight/Shiping/Mailing | $ | - |
| Equipment Rental | $ | 7,230.70 |
| Union Expenses | $ | - |
| Cleaning/Janitorial | $ | 389.00 |
| Vehicle Gas | $ | 1,206.48 |
| Licenses/Permits | $ | - |
| Bank charges | $ | 1,089.65 |
| Misc | $ | 35.25 |
| total | $ | 9,951.08 |

OFFICE OF THE U.S. TRUSTEE - REGION 10
MONTHLY CASH FLOW for the month ended __March 2011_____

**Debtor Name:** FasTech Services, Inc.          **Case Number:**     10-81323

Reconciled bank balance and cash on hand from last month
*(if this is the first report, insert the cash balance as of the petition date)*          $          (10,361.06)

CASH RECEIPTS

| | | |
|---|---|---|
| from cash sales/receipts | $ | 387.28 |
| from collection of pre-petition accounts receivable | $ | - |
| from collection of post-petition accounts receivable | $ | 159,070.32 |
| from loans (attach itemized list) | $ | - |
| from contributions to capital or from gifts | $ | - |
| other receipts (attach itemized schedule) | $ | 3,739.23 |

TOTAL RECEIPTS (Do not include beginning bank balance)    $    163,196.83

CASH DISBURSEMENTS

| | | |
|---|---|---|
| inventory purchases | $ | 23,819.98 |
| net payments to officers/owners (actual cash paid) | | 13,779.78 |
| net payments to other employees (actual cash paid) | $ | 77,790.87 |
| rent payments | $ | - |
| lease payments | $ | - |
| mortgage or note payments | $ | - |
| adequate protection payments | $ | 9,500.00 |
| insurance | $ | 6,163.97 |
| utilities/telephone | $ | 351.56 |
| tax payments (from page 4 - attach completed IRS Form 6123) | $ | - |
| advertising & marketing | $ | - |
| supplies | $ | 49.72 |
| outside labor | $ | - |
| travel/entertainment | $ | 238.22 |
| payments to attorneys (attach copy Court order) | $ | - |
| payments to accountants (attach copy Court order) | $ | - |
| payments to other professionals (attach copy Court order) | $ | - |
| payment of U.S. Trustee Quarterly Fee | $ | - |
| other expenses (attach itemized schedule) | $ | 27,383.71 |

TOTAL DISBURSEMENTS          $    159,077.81

NET CASH FLOW (Total Receipts minus Total Disbursements)          $    4,119.02

Bank Balance and cash on hand at the end of the month          $    (6,242.04)
**(beginning balance + cash receipts - cash disbursements)**

**Attach copies of all bank statements and reconciliations.**

*Page 3 of 6*

Page 27 Other

**Other Payments for page 27**

Misc Receipts

| | | | |
|---|---|---|---|
| | 6410 · Health Insurance | | 184.23 |
| Turning -Point | 6630 · Accounting Fees-returned | | 3,500.00 |
| | 7030 · Other Income | | 5.00 |
| | 8910 · Bank/Merchant Service Charges | | 50.00 |
| | | Total | 3,739.23 |

Misc Expense

| | | |
|---|---|---|
| T. A. Brinkoetter & Sons, Inc. | 1213 · Due to/from T A Brinkoetter | -1,612.67 |
| T. A. Brinkoetter & Sons, Inc. | 1213 · Due to/from T A Brinkoetter | -739.54 |
| T. A. Brinkoetter & Sons, Inc. | 1213 · Due to/from T A Brinkoetter | -447.79 |
| T. A. Brinkoetter & Sons, Inc. | 1213 · Due to/from T A Brinkoetter | -1,000.00 |
| T.A. Brinkoetter & Sons Inc. | 1213 · Due to/from T A Brinkoetter | -2,950.00 |
| U.S. Cellular***4945 | 1213 · Due to/from T A Brinkoetter | -777.78 |
| Walmart | 1416 · Pre-Paid Gas Card - Robinson | -295.36 |
| Administrative Maintenance Fund | 2154 · Union Payable - Electrician 193 | -96.38 |
| Central Illinois Electrical Workers | 2154 · Union Payable - Electrician 193 | -378.46 |
| Local Union 193 IBEW | 2154 · Union Payable - Electrician 193 | -756.93 |
| N E B F | 2154 · Union Payable - Electrician 193 | -756.93 |
| National NLMCC | 2154 · Union Payable - Electrician 193 | -6.43 |
| NECA-IBEW | 2154 · Union Payable - Electrician 193 | -100.92 |
| NECA-IBEW Local #193 JATC | 2154 · Union Payable - Electrician 193 | -257.00 |
| NECA-IBEW Pension Trust Fund | 2154 · Union Payable - Electrician 193 | -3,919.25 |
| NECA-IBEW Welfare Trust Fund | 2154 · Union Payable - Electrician 193 | -3,437.38 |
| Kirby Risk (Walmart Project) | 5005 · Sales Tax Paid | -1878.00 |
| Kirby Risk (Walmart Project) | 5007 · DJC - Freight/Shipping/Mailing | -104.67 |
| Kirby Risk (Walmart Project) | 5007 · DJC - Freight/Shipping/Mailing | -2.26 |
| D.E. Gibbs Contracting | 5008 · DJC - Subcontractor | -2,138.67 |
| D.E. Gibbs Contracting | 5008 · DJC - Subcontractor | -2,986.31 |
| SUNBELT RENTALS | 5009 · DJC - Equip Rental | -103.60 |
| SUNBELT RENTALS | 5009 · DJC - Equip Rental | -450.00 |
| SUNBELT RENTALS | 5009 · DJC - Equip Rental | -450.00 |
| SUNBELT RENTALS | 5009 · DJC - Equip Rental | -450.00 |
| SUNBELT RENTALS | 5009 · DJC - Equip Rental | -8.90 |
| SUNBELT RENTALS | 5009 · DJC - Equip Rental | -50.00 |
| SUNBELT RENTALS | 5009 · DJC - Equip Rental | -60.00 |
| United States Bankruptcy Court | 6985 · Business Expense | -26.00 |
| | 8910 · Bank/Merchant Service Charges | -25.00 |
| | 8910 · Bank/Merchant Service Charges | -120.00 |
| | 8910 · Bank/Merchant Service Charges | -128.00 |
| | 8910 · Bank/Merchant Service Charges | -108.00 |
| | 8910 · Bank/Merchant Service Charges | -72.00 |
| | 8910 · Bank/Merchant Service Charges | -38.00 |
| | 8910 · Bank/Merchant Service Charges | -28.00 |
| | 8910 · Bank/Merchant Service Charges | -38.00 |
| | 8910 · Bank/Merchant Service Charges | -15.00 |

Page 27 Other

| | | |
|---|---|---:|
| | 8910 · Bank/Merchant Service Charges | -8.00 |
| | 8910 · Bank/Merchant Service Charges | -24.00 |
| | 8910 · Bank/Merchant Service Charges | -15.00 |
| | 8910 · Bank/Merchant Service Charges | -15.00 |
| | 8910 · Bank/Merchant Service Charges | -8.00 |
| | 8910 · Bank/Merchant Service Charges | -40.00 |
| | 8910 · Bank/Merchant Service Charges | -48.00 |
| | 8910 · Bank/Merchant Service Charges | -8.00 |
| | 8910 · Bank/Merchant Service Charges | -16.00 |
| | 8910 · Bank/Merchant Service Charges | -152.00 |
| | 8910 · Bank/Merchant Service Charges | -8.00 |
| | 8910 · Bank/Merchant Service Charges | -40.00 |
| | 8910 · Bank/Merchant Service Charges | -42.00 |
| | 8910 · Bank/Merchant Service Charges | -88.00 |
| | 8910 · Bank/Merchant Service Charges | -8.00 |
| | 8910 · Bank/Merchant Service Charges | -0.01 |
| | 8910 · Bank/Merchant Service Charges | -4.64 |
| | 8910 · Bank/Merchant Service Charges | -49.00 |
| Verizon Wireless | 8915 · Late Fees/Serv Chg - Vendors | -0.83 |
| | | -27,383.71 |

OFFICE OF THE U.S. TRUSTEE - REGION 10
STATUS OF TAXES for the month ended __March 2011_____

## STATUS OF TAXES

| | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| ** withholding | $ 6,342.46 | $ 17,428.00 | $ - | $ 23,770.46 |
| ** FICA-employee | $ 7,892.45 | $ 5,391.34 | $ - | $ 13,283.79 |
| ** FICA-employer | $ 8,417.39 | $ 7,958.67 | $ - | $ 16,376.06 |
| unemployment | $ 1,259.03 | $ 497.08 | $ - | $ 1,756.11 |
| income | $ - | $ - | $ - | $ - |
| other-list (Medicare) | $ 5,837.14 | $ 3,722.64 | $ - | $ 9,559.78 |
| a. subtotal | $ 29,748.47 | $ 34,997.73 | $ - | $ 64,746.20 |
| | | | | |
| **STATE & LOCAL** | | | | |
| withholding | $ 1,817.13 | $ 6,070.09 | $ - | $ 7,887.22 |
| sales | $ - | $ - | $ - | $ - |
| excise | $ - | $ - | $ - | $ - |
| unemployment | $ 14,879.90 | $ 7,745.35 | $ - | $ 22,625.25 |
| other | $ - | $ - | $ - | $ - |
| real property | $ - | $ - | $ - | $ - |
| personal property | $ - | $ - | $ - | $ - |
| other-list | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - |
| b. subtotal | $ 16,697.03 | $ 13,815.44 | $ - | $ 30,512.47 |

TOTAL TAXES PAID - from a. & b. above          $ -

(this sum is to be listed on page 1, as tax payments)

Explain the reason for any past due post-petition taxes: _____
Payroll taxes paid in May

* the beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero.

** Attach signed and completed photocopies of the IRS Form 6123.

*Page 4 of 6*

# Business Enterprise Checking

**◎ PNC BANK**

PNC Bank

**For the period 03/01/2011 to 03/31/2011**



236294
FASTECH SERVICES, INC.
PO BOX 2337
EAST PEORIA IL 61611-0337

Primary account number: 46-2674-0607
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday. 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to. Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Cash Flow Options for Your Business - Another Benefit At PNC

**Free Membership**
As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-85% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Get discounts of up to 20% at Hertz, 10% on all 4imprint promotional products, 85% on core office supplies at Office Depot, 10% on technology from CDW, 20% at any Wyndham hotel or resort*, and many more. Start saving today, visit abnsave.com/pnc.html for more information and to enroll. Look for a full brochure to be inserted soon in a future statement.
* Hertz, 4imprint, Office Depot, CDW and Wyndham are not sponsoring this offer.

---

## Business Enterprise Checking Summary

Fastech Services, Inc.

Account number: 46-2674-0607
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 0.00 | 25.00 | 0.00 | 25.00 |
| | | | Average ledger balance | Average collected balance |
| | | | 12.09 | 12.09 |

---

### Deposits and Other Additions

| | | |
|---|---|---|
| Fee Refunds | 1 | 25.00 |
| Total | 1 | 25.00 |

### Checks and Other Deductions

| | | |
|---|---|---|
| Total | 0 | 0.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 03/01 | 0.00 | 03/17 | 25.00 |



PNDMLT12-JOB05699-N71-NNNNNNN-002-441276

# Business Enterprise Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Business Enterprise Checking Account number: 46-2674-0607 - continued

**For the period 03/01/2011 to 03/31/2011**
FASTECH SERVICES, INC.
Primary account number: 46-2674-0607
Page 2 of 3

## Activity Detail

## Deposits and Other Additions

### Fee Refunds

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/17 | 25.00 | Analysis Service Charge Refund | PT36062 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 04/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2011.

| Description | Volume | Amount |
|---|---|---|
| Account Maintenance Charge | 1 | 25.00 |
| Total For Services Used This Period | | 25.00 |
| Total Service Charge | | 25.00 |

FORM166R



## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk (*) will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement    $ _____
Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____
Subtract checks and other deductions not recorded  Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## Electronic Funds Transfers

In case of errors or questions about your electronic transfers or if you need more information about a transfer, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement. Or, if you prefer, please write us at: Customer Service, P.O. Box 609, Pittsburgh, PA 15230-0609. If you believe there is a problem, you must contact us no later than 60 days after the ending date of the first statement on which the error or problem appeared. You will need to provide the following information:
- Your name and account number(s);
- A description of the error or the transfer you are questioning. Please explain as clearly as you can why you need more information or why you believe an error was made;
- The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If the investigation takes longer than 10 business days, we will credit your account for the amount you think is in error, so that you will have use of the funds during the time it takes us to complete our investigation.

Member FDIC

Equal Housing Lender


FNDMLT12-JOB05699-N71-NNNNNN-002-441277



# Business Enterprise Checking

PNC Bank

**PNC BANK**

**For the period 03/01/2011 to 03/31/2011**

Primary account number: 46-2674-0623

Page 1 of 3

Number of enclosures: 0

236295



FASTECH SERVICES, INC.
PO BOX 2337
EAST PEORIA IL 61611-0337

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Cash Flow Options for Your Business - Another Benefit At PNC

**Free Membership**
As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-85% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Get discounts of up to 20% at Hertz, 10% on all 4imprint promotional products, 85% on core office supplies at Office Depot, 10% on technology from CDW, 20% at any Wyndham hotel or resort*, and many more. Start saving today, visit abnsave.com/pnc.html for more information and to enroll. Look for a full brochure to be inserted soon in a future statement.
* Hertz, 4imprint, Office Depot, CDW and Wyndham are not sponsoring this offer.

## Business Enterprise Checking Summary

Fastech Services, Inc.

Account number: 46-2674-0623
Overdraft Protection Provided By:**Contact PNC to establish Overdraft Protection**

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 10.54 | 25.00 | 25.00 | 10.54 |
| | | | Average ledger balance | Average collected balance |
| | | | 2.36- | 2.36- |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Fee Refunds | 1 | 25.00 |
| Total | 1 | 25.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Service Charges and Fees | 1 | 25.00 |
| Total | 1 | 25.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 03/01 | 14.46- | 03/17 | 10.54 |



PNDMLT12-JOB05G99-N71-NNNNNN-002-441278

# Business Enterprise Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Business Enterprise Checking Account number: 46-2674-0623 - continued

For the period 03/01/2011 to 03/31/2011
FASTECH SERVICES, INC.
Primary account number: 46-2674-0623

Page 2 of 3

## Activity Detail

### Deposits and Other Additions

#### Fee Refunds

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/17 | 25.00 | Analysis Service Charge Refund | FT35062 |

### Checks and Other Deductions

#### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 25.00 | Service Charge Period Ending 02/28/2011 | |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 04/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2011.

| Description | Volume | Amount |
|---|---|---|
| Account Maintenance Charge | 1 | 25.00 |
| Negative Collected Charge | | .10 |
| Total For Services Used This Period | | 25.10 |
| Total Service Charge | | 25.10 |

## Reviewing Your Statement



Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
*   you have any questions regarding your account(s);
*   your name or address is incorrect;
*   you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

| | |
|---|---|
| Enter the ending balance recorded on your statement | $ _____ |
| Add deposits and other additions not recorded    Total A + | $ _____ |
| Subtotal= | $ _____ |
| Subtract checks and other deductions not recorded Total B - | $ _____ |
| The result should equal your account register balance    = | $ _____ |

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## Electronic Funds Transfers

In case of errors or questions about your electronic transfers or if you need more information about a transfer, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement. Or, if you prefer, please write us at: Customer Service, P.O. Box 609, Pittsburgh, PA 15230-0609. If you believe there is a problem, you must contact us no later than 60 days after the ending date of the    first statement on which the error or problem appeared. You will need to provide the following information:
*   Your name and account number(s);
*   A description of the error or the transfer you are questioning. Please explain as clearly as you can why you need more information or why you believe an error was made;
*   The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If the investigation takes longer than 10 business days, we will credit your account for the amount you think is in error, so that you will have use of the funds during the time it takes us to complete our investigation.

Member FDIC

 Equal Housing Lender

FNDMLT12-JOB05699-N71-NNNNNN-002-441279



FASTECH SERVICES
FRANK BONADIO AUTHORIZED SIGNER
2485 WASHINGTON RD
WASHINGTON IL 61571-1760

ACCOUNT #

|  |  |
|---|---|
| Cycle | 053 |
| Enclosures | 26 |
| Page | 0 |
|  | 1  of 3 |

March 1, 2011 through March 31, 2011

## SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $1,674.93 | Minimum Balance | $4,233- |
| Deposits & Credits | $35,967.81 + | | |
| Withdrawals | $18,820.36 - | | |
| Fees | $123.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $17,677.39 - | | |
| Ending Balance | $1,021.99 | | |

## DEPOSITS & CREDITS

| 03/03 | Deposit - Thank You | 12,000.00 |
|---|---|---|
| 03/17 | Deposit - Thank You | 105.00 |
| 03/18 | Wire Transfer Turningpointe | 3,500.00 |
| 03/22 | EB From Checking Ref# 000000 3474623 | 4,500.00 |
| 03/22 | EB From Checking Ref# 000000 3476302 | 1,000.00 |
| 03/23 | Deposit - Thank You | 8,900.00 |
| 03/23 | Deposit - Thank You | 2,200.00 |
| 03/24 | Deposit - Thank You | 1,625.81 |
| 03/24 | Deposit - Thank You | 2.00 |
| 03/24 | EB From Checking Ref# 000000 3637098 | 400.00 |
| 03/28 | EB From Checking # Ref# 000000 3777553 | 685.00 |
| 03/29 | EB From Checking # Ref# 000000 3942960 | 50.00 |
| 03/30 | EB From Checking # Ref# 000000 4010066 | 1,000.00 |
| | Total Deposits & Credits | $35,967.81 |

## WITHDRAWALS

| 03/03 | Glic       Inspayment Fastech Servic | 259.00 |
|---|---|---|
| 03/04 | Bank Debit | 610.00 |
| 03/07 | EB to Checking Ref# 000000 2247449 | 7,000.00 |
| 03/07 | EB to Checking Ref# 000000 2247902 | 1,500.00 |
| 03/09 | Bank Debit | 2,000.00 |
| 03/09 | Glic       Inspayment Fastech Servic | 521.00 |
| 03/23 | Bank Debit | 1,194.00 |
| 03/24 | Vz Wireless Vn  E Check Frank *bonadio 7664760 | 352.39 |
| 03/25 | Indiana       800995630 Fastech Servic | 5,383.97 |
| | Total Withdrawals | $18,820.36 |



FASTECH SERVICES
FRANK BONADIO AUTHORIZED SIGNER
2485 WASHINGTON RD
WASHINGTON IL 61571-1760

ACCOUNT # 

|  | | 053 |
| --- | --- | --- |
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 2 of 3 |

## FEES

| Date | Description | Amount |
| --- | --- | --- |
| 03/18 | Wire Transfer | 15.00 |
| 03/22 | Paid Overdraft Item Fee | 72.00 |
| 03/28 | Paid Overdraft Item Fee | 36.00 |
| | Total Fees | $123.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/02 | | 300.00 | 03/21 | | 3,919.25 |
| 03/08 | | 245.31 | 03/21 | | 3,437.38 |
| 03/09 | | 300.00 | 03/24 | | 4,252.52 |
| 03/16 | | 300.00 | 03/25 | | 2,808.00 |
| 03/17 | | 350.00 | 03/25 | | 1,008.00 |
| 03/18 | | 756.93 | | | |
| | | | | Total Checks | $17,677.39 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
| --- | --- | --- | --- | --- | --- |
| 03/02 | 1,374.93 | 03/16 | 639.62 | 03/24 | 8,522.96 |
| 03/03 | 13,115.93 | 03/17 | 394.62 | 03/25 | 677.01 - |
| 03/04 | 12,505.93 | 03/18 | 3,122.69 | 03/28 | 28.01 - |
| 03/07 | 4,005.93 | 03/21 | 4,233.94 - | 03/29 | 21.99 |
| 03/08 | 3,760.62 | 03/22 | 1,194.06 | 03/30 | 1,021.99 |
| 03/09 | 939.62 | 03/23 | 11,100.06 | | |





FASTECH SERVICES
FRANK BONADIO AUTHORIZED SIGNER
2485 WASHINGTON RD
WASHINGTON IL 61571-1760

ACCOUNT #

|  |  |
|---|---|
|  | 053 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3  of 3 |

## Easy Steps to Balance Your Account

| | | Checking Account | |
|---|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ | |
| 2. | Enter any deposits which have not been credited on this statement. | $ + | |
| 3. | Total lines 1 & 2 | $ = | |
| 4. | Enter total from 4a (column on right side of page) | $ - | |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = | |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | $ | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

### Summary of Our Error Resolution Procedures
### In Case of Errors or Questions About Your Electronic Transfers



As soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement, We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL
THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR ██████████████

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



FASTECH SERVICES
FRANK BONADIO - CEO
2485 WASHINGTON RD
WASHINGTON IL 61571-1760

ACCOUNT #    ████████████

| | |
|---|---|
| Cycle | 053 |
| | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

March 1, 2011 through March 31, 2011

## SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | **$77.23** | | Minimum Balance | $4,877 - |
| Deposits & Credits | $139,138.43 | + | | |
| Withdrawals | $41,224.09 | - | | |
| Fees | $174.00 | - | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $93,544.47 | - | | |
| **Ending Balance** | **$4,273.10** | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/02 | Deposit - Thank You | 6,351.72 |
| 03/03 | Carlson Bros Inc ACH Fastech Servic Walmart1602 | 20,000.00 |
| 03/04 | Deposit - Thank You | 610.00 |
| 03/04 | EB From Checking ████████Ref# 000000 2183763 | 5.00 |
| 03/07 | EB From Checking ████████Ref# 000000 2247449 | 7,000.00 |
| 03/07 | EB From Checking ████████ef# 000000 2247902 | 1,500.00 |
| 03/08 | Deposit - Thank You | 787.23 |
| 03/09 | Deposit - Thank You | 2,000.00 |
| 03/09 | Wire Transfer Carlson Bros. | 20,000.00 |
| 03/16 | Deposit - Thank You | 10,239.60 |
| 03/16 | Carlson Bros Inc ACH Fastech Servic Walmart1602 | 20,000.00 |
| 03/17 | Deposit - Thank You | 1,485.91 |
| 03/23 | Deposit - Thank You | 1,234.89 |
| 03/23 | Deposit - Thank You | 1,194.00 |
| 03/23 | Deposit - Thank You | 300.00 |
| 03/23 | Wire Transfer Carlson Bros. | 20,000.00 |
| 03/29 | Deposit - Thank You | 11,430.08 |
| 03/30 | Carlson Bros Inc ACH Fastech Servic Walmart1602 | 15,000.00 |
| | Total Deposits & Credits | $139,138.43 |

## WITHDRAWALS

| | | |
|---|---|---|
| 03/03 | Bank Debit | 12,000.00 |
| 03/03 | Bank Debit | 5,094.19 |
| 03/04 | Bank Debit | 3,508.00 |
| 03/17 | Bank Debit | 4,086.90 |
| 03/22 | EB to Checking #████████Ref# 000000 3474623 | 4,500.00 |
| 03/22 | EB to Checking #████████Ref# 000000 3476302 | 1,000.00 |
| 03/23 | Bank Debit | 8,900.00 |
| 03/24 | EB to Checking # 000000 3637098 | 400.00 |
| 03/28 | EB to Checking #████████Ref# 000000 3777553 | 685.00 |
| 03/29 | EB to Checking #████████Ref# 000000 3942960 | 50.00 |



FASTECH SERVICES
FRANK BONADIO - CEO
2485 WASHINGTON RD
WASHINGTON IL 61571-1760

# ACCOUNT #

| | |
|---|---|
| Cycle | 053 |
| | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 03/30 | EB to Checking ████ Ref# 000000 4010066 | 1,000.00 |
| | Total Withdrawals | $41,224.09 |

## FEES

| | | |
|---|---|---:|
| 03/04 | Paid Overdraft Item Fee | 36.00 |
| 03/07 | Paid Overdraft Item Fee | 108.00 |
| 03/09 | Wire Transfer | 15.00 |
| 03/23 | Wire Transfer | 15.00 |
| | Total Fees | $174.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
| 03/03 | | 1,765.48 | 03/09 | | 3,508.00 |
| 03/03 | | 1,687.57 | 03/10 | | 4,653.56 |
| 03/03 | | 1,320.12 | 03/16 | | 16,896.30 |
| 03/04 | | 1,831.20 | 03/16 | | 879.19 |
| 03/04 | | 1,667.64 | 03/23 | | 10,095.42 |
| 03/04 | | 1,667.63 | 03/23 | | 6,220.90 |
| 03/04 | | 1,343.77 | 03/23 | | 1,234.89 |
| 03/07 | | 1,232.77 | 03/29 | | 179.72 |
| 03/07 | | 1,011.66 | 03/30 | | 16,898.99 |
| 03/08 | | 751.47 | 03/30 | | 2,958.00 |
| 03/09 | | 14,295.91 | 03/30 | | 1,444.28 |
| | | | | Total Checks | $93,544.47 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 03/02 | 6,428.95 | 03/09 | 5,486.77 | 03/23 | 1,459.01 |
| 03/03 | 4,561.59 | 03/10 | 833.21 | 03/24 | 1,059.01 |
| 03/04 | 4,877.65- | 03/16 | 13,297.32 | 03/28 | 374.01 |
| 03/07 | 1,269.92 | 03/17 | 10,696.33 | 03/29 | 11,574.37 |
| 03/08 | 1,305.68 | 03/22 | 5,196.33 | 03/30 | 4,273.10 |



FASTECH SERVICES
FRANK BONADIO - CEO
2485 WASHINGTON RD
WASHINGTON IL 61571-1760

ACCOUNT #

| | |
|---|---|
| | 053 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 3 |





## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

**4a** List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | $ | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.



As soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

# CHASE ◐

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

March 01, 2011 through March 31, 2011

Account Number: **000000212037785**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000099 DRE 111 142 09511 - NNNNNNNNNNYN T 1 000000000 D2 0000
R J POWER PLUMBING & HEATING
PO BOX 2337
EAST PEORIA IL 61611-337

## CHECKING SUMMARY | Chase Advanced Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $2,179.48 |
| Fees and Other Withdrawals | 1 | - 38.28 |
| Ending Balance | 1 | $2,141.20 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | Service Charges For The Month of February | $38.28 |
| **Total Fees & Other Withdrawals** | | **$38.28** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/03 | $2,141.20 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $16.00 |
| Transaction Fees | $0.00 |
| Other Service Charges | $25.23 |
| Total Service Charges | $41.23 |
| Less Earnings Credit | -$3.18 |
| Net Service Charges | $38.05  Will be assessed on 4/5/11 |

**CHASE ○**

March 01, 2011 through March 31, 2011

Account Number:   000000212037785

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.          Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE** ⬡

March 01, 2011 through March 31, 2011

Account Number:    **000000212037785**



## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT 000000212037785 | | | | | |
| Acct Maint - Image | 1 | 0 | 1 | $16.00 | $16.00 |
| Online - ACH Payments Maintenance | 1 | 0 | 1 | $25.00 | $25.00 |
| Deposit Insurance Charge | 2,143 | 0 | 0 | $0.00 | $0.23 |
| Total Service Charges 000000212037785 | | | | | $41.23 |
| Less Earnings Credit | $2,143 | | | 0.0014849 | -$3.18 |
| Net Service Charges (assessed on 4/5/11) | | | | | $38.05 |

Your Chase Advanced Business Checking account generates an earnings credit that can be used to reduce your monthly maintenance, transaction, and additional service fees. This month, your net service charges could have been $0.00 if the average collected balance in your Chase Advanced Business Checking account(s) would have totaled $27,740.

**CHASE ○**

March 01, 2011 through March 31, 2011
Account Number:   000000212037785

## Chase Exclusives[®]

**Special benefits for being a Chase checking customer!**
**Take advantage of exclusive offers on:**

- Credit Cards
- CD interest rates
- Mortgages and Home Equity Products
- Auto Loans

To see a complete list of Chase Exclusives, visit chase.com/exclusives

Talk to a banker today to take advantage of these exclusive benefits!

Limitations and restrictions apply.

Department of the Treasury - Internal Revenue Service

Form **6123**
(Rev. 06-97)

# Verification of Fiduciary's Federal Tax Deposit

## Do not attach this Notice to your Return

| | |
|---|---|
| **TO** | District Director, Internal Revenue Service<br>Attn: Chief, Special Procedures Function |
| **FROM:** | Name of Taxpayer<br>FasTech Services, Inc.<br><br>Taxpayer Address<br>P.O. Box 2337<br>East peoria, IL 61611 |

The following information is to notify you of Federal tax deposit(s) (FTD) as required by the United States Bankruptcy Court *(complete sections 1 and/or 2 as appropriate)*:

| **Section 1** | **Form 941 Federal Tax Deposit (FTD) Information** |
|---|---|
| Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | for the payroll period from 3/21/11 to 3/27/11<br><br>Payroll date 3/30/11<br><br>Gross wages paid to employees $ 24,186.12<br><br>Income tax withheld $ 5,790.08<br><br>Social Security *(Employer's plus Employees' share of Social Security Tax)* $ 3,319.47<br><br>Tax Deposited $ _____<br><br>Date Deposited _____ |
| **Section 2** | **Form 940 Federal Tax Deposit (FTD) Information** |
| Taxes reported on Form 940, Employer's Annual Federal Unemployment Tax Return | for the payroll period from _____ to _____<br><br>Gross wages paid to employees $ _____<br><br>Tax Deposited $ _____<br><br>Date Deposited _____ |

## Certification
### *(Certification is limited to receipt or electronic transmittal of deposit only)*

This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide *(Publication 15)*

| **Deposit Method** *(check box)* | ☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>☐ Electronic Federal Tax Payment System (EFTPS) Deposit |
|---|---|
| Amount (Form **941** Taxes) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form **940** Taxes) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor's Employer Identification Number: | | Name and Address of Bank |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

| | |
|---|---|
| Signed: *Clayton Shelve* | Date: 4/11/11 |
| Name and Title *(print or type)* *Clayton Shelve* | CFO |

ISA
STF FED6019F

Form **6123** (rev. 06-97)