Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-81323  
**Case Name:** FASTECH SERVICES, INC., A NEVADA CO  

**Trustee:** (330070) A. CLAY COX  
**Filed (f) or Converted (c):** 06/10/11 (c)  
**§341(a) Meeting Date:** 07/20/11  

**Period Ending:** 06/30/13  
**Claims Bar Date:** 10/18/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable - Jody L. Kelly M.D. & Assoc  (u) | 0.00 | 175.00 | | 175.00 | FA |
| 2 | Accounts Receivable - P&W/Airport, Inc  (u) | 0.00 | 105.00 | | 105.00 | FA |
| 3 | Accounts Receivable-PersonalCare Insurance of IL  (u) | 0.00 | 1,503.74 | | 1,503.74 | FA |
| 4 | Accounts Receivable-4J2R1C Limited Partnership  (u) | 0.00 | 2,942.60 | | 2,942.60 | FA |
| 5 | Refund of Bond from ACSTAR Ins. Co.  (u) | 6,667.92 | 6,667.92 | | 6,667.92 | FA |
| 6 | Settlement in Adversary Proceeding #11-08011  (u) | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 7 | Petty Cash on Hand (estimated) | 250.00 | 250.00 | DA | 0.00 | FA |
| 8 | Net Value of Company Wide Bank Accounts | 51,878.03 | 51,878.03 | | 0.00 | FA |
| 9 | Central Ins.Co - liability & vehicle policies | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Accounts Receivable for all business segements | 3,477,475.38 | 3,477,475.38 | | 0.00 | FA |
| 11 | Automobiles, trucks, trailers & other vehicles | Unknown | 0.00 | | 0.00 | FA |
| 12 | Office Equipment, furnishings & supplies | Unknown | Unknown | | 0.00 | FA |
| 13 | Machinery, fixtures, equipment & business supply | Unknown | Unknown | | 0.00 | FA |
| 14 | Miscellaneous inventory - at cost | 20,187.29 | 20,187.29 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.45 | Unknown |
| 15 | **Assets    Totals** (Excluding unknown values) | **$3,558,958.62** | **$3,563,684.96** | | **$13,894.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

Review claims and close.

**Initial Projected Date Of Final Report (TFR):**    September 15, 2013    **Current Projected Date Of Final Report (TFR):**    September 15, 2013