# COX & ASSOCIATES, LLC

Attorneys & Counselors at Law
202 NORTH CENTER STREET
BLOOMINGTON, ILLINOIS 61701

309-828-7331

A. CLAY COX claycox@coxandassoc.com
JULIA DAVIS jdavis@coxandassoc.com
PATRICK R. COX patcox@coxandassoc.com
A. CHRISTOPHER COX christophercox@coxandassoc.com

BANKRUPTCY ESTATE OF FASTECH
SERVICES, INC.

October 25, 2013

In Reference To: ACC
Invoice # 27749

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 10/26/2011 PC | RESEARCH ADMINISTRATIVE EXPENSES; | 1.00 | 150.00 |
| 11/2/2011 PC | RESEARCH ADMINISTRATIVE EXPENSES CASE LAW AND DRAFT BRIEF RE: FRINGE BENEFITS; | 1.00 | 150.00 |
| 12/14/2011 PC | DRAFT EMERGENCY MOTION FOR DISPOSAL AND REVIEW BRIEFS RE: ADMINISTRATIVE EXPENSES; | 1.00 | 150.00 |
| 12/19/2011 PC | APPEAR IN COURT REGARDING ADMINISTRATIVE EXPENSES; | 3.00 | 450.00 |
| 6/15/2012 PC | PREPARE ANSWER TO COMPLAINT; | 1.00 | 150.00 |

BANKRUPTCY ESTATE OF FASTECH                                             Page   2
SERVICES, INC.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/6/2012 | PC | REVIEW BRINKOETTER STATEMENT AND DOCKET FOR RELEVANT COURT ORDERS; | 1.00 | 150.00 |
| 8/14/2012 | PC | PREPARE FOR PRETRIAL CONFERENCE; | 0.50 | 75.00 |
| 8/21/2012 | PC | CONFERENCE CALL FOR BRINKOETTER ADVERSARY COMPLAINT; | 0.50 | 75.00 |
|  |  | For professional services rendered | 9.00 | $1,350.00 |
|  |  | Balance due |  | $1,350.00 |